*UNITED STATES DISTRICT COURT*
*SOUTHERN DISTRICT OF FLORIDA*

~~IN AND FOR THE CIRCUIT COURT OF THE~~
~~11ᵀᴴ JUDICIAL CIRCUIT, IN AND FOR~~ MIAMI-
~~DADE~~ COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION
CASE NO.:

# 06-23130

*CIV-MORENO*
*MAGISTRATE JUDGE*
*SIMONTON*

FILED by _____ D.C.
INTAKE

**DEC 2 9 2006**

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. – MIAMI

RICHARD DIAMOND,

    Plaintiff,

vs.

GLORICHEL PERFETTO,

    Defendant,

_____/

## VERIFIED COMPLAINT

Plaintiff, RICHARD DIAMOND, by and through his undersigned counsel, hereby

brings this action against Defendants, GLORICHEL PERFETTO and ELBA PERFETTO,

and states as follows:

VERIFIED COMPLAINT
JURY CLAIM AS TO ALL COUNTS

INTRODUCTION

Plantiff RICHARD DIAMOND, of Broward County Florida hereby asserts the following claims
against the Defendants, GLORICHEL PERFETTO and ELBA PERFETTO in the above-entitled
action:

**(1)** violation of 42 U.S.C. §1983 retaliation for petitioning,
**(2)** violation of 42 U.S.C. §1983 and 1985(3): conspiracy,
**(3)** malicious prosecution,
**(4)** malicious abuse of process,
**(5)** conspiracy,
**(6)** intentional infliction of emotional distress.

JURISDICTION

1. Jurisdiction of this court arises under 28 U.S.C. §§ 1331, 1337, 1343(a) (civil rights and elective franchise), and 1367(a) (supplemental jurisdiction); 42 U.S.C. §§.1983 (civil action for deprivation of rights), 1985(3) (conspiracy to interfere with civil rights), 1986, and 1988 (proceedings in vindication of civil rights); and 18 U.S.C. §§ 1341, 1511; 1961 (and statutes cited therein) through 1967.

2. Jurisdiction of this court for the pendent claims is authorized by F.R.Civ.P. 18(a), and arises under the doctrine of pendent jurisdiction as set forth in United Mine Workers v. Gibbs, 383 U.S. 715 (1966).

PARTIES

3.  Plaintiff RICHARD DIAMOND, is a natural person residing at Broward County, Florida and is sui juris; was also a resident of Broward County, Florida during all relevant times of this action, and is the father of the child of Defendant GLORICHEL PERFETTO.

4.  Defendant GLORICHEL PERFETTO ["Glorichel Perfetto"], was residing at Miami-Dade County, Florida, at all times relevant to this Complaint land is sui juris.

5.  Defendant ELBA PERFETTO ["Elba Perfetto"] is sui juris and was a resident of Miami-Dade County, Florida at all times relevant to this Complaint.

6.  At all times material to this Complaint, Defendants GLORICHEL PERFETTO and ELBA PERFETTO acted illegally toward Plaintiff, RICHARD DIAMOND under color of the statutes, ordinances, customs, and usage of the State of Florida and the U.S. Constitution.

FACTS

7.  On August 23, 2006, Plantiff, RICHARD DIAMOND, sued Defendant, GLORICHEL PERFETTO, for visitation rights in Miami-Dade County, Florida Case No. 06-24212 FC16.

8.  On November 26, 2006, defendant GLORICHEL PERFETTO, filed a false offense incident repeat with the repeat with the Miami-Dade Police Department (Exhibit "A") falsely alleging Plantiff, RICHARD DIAMOND was involved in theft against the Defendant, GLORICHEL PERFETTO.

9.  On October 24, 2006, Defendant, GLORICHEL PERFETTO, filed a separate false temporary restraining order pleading with the Domestic Violence Division in Miami-Dade County, Florida Case No. 06-030532 FC04 (Exhibit "B") said report was dismissed and Defendant, GLORICHEL PERFETTO was ordered to counseling.

10. On December 4, 2006, Defendant, ELBA PERFETTO the mother of Defendant, GLORICHEL PERFETTO, filed a false restraining order pleading with the Domestic Violence Division in Miami-Dade County, Florida Case No. 06-033623 FC-04.

11. On December 11, 2006. Defendant, ELBA PERFETTO obtained a Final Judgment of Injunction against Plantiff, RICHARD DIAMOND. (Exhibit "C") based in part of the false theft report of Defendant, GLORICHEL PERFETTO more fully described above.

## COUNT 1: VIOLATION OF 42 U.S.C. §1983: RETALIATION FOR PETITIONING

12. Plaintiff repeats and realleges and incorporates by reference the allegations in paragraphs 1 through 11 above with the same force and effect as if herein set forth.

13. At all times relevant herein, the conduct of all Defendants GLORICHEL PERFETTO and ELBA PERFETTO against Plantiff, RICHARD DIAMOND was subject to 42 U.S.C. §§1983, 1985, 1986, and 1988.

14. Acting under the color of law, Defendants, GLORICHEL PERFETTO and ELBA PERFETTO worked a denial of Plaintiff, RICHARD DIAMOND rights, privileges or immunities secured by the United States Constitution or by Federal law, to wit, by retaliating against him because he sued for visitation in Miami-Dade County, Florida an action still pending before this court , and by conspiring for the purpose of impeding and hindering the due course of justice, with intent to deny Plaintiff, RICHARD DIAMOND equal protection of laws.

15. As a result of the retaliation by the Defendants for GLORICHEL PERFETTO and ELBA PERFETTO against Plaintiff, RICHARD DIAMOND, for exercising his First Amendment right to petition, Plaintiff, RICHARD DIAMOND has been deprived of his right to equal protection of the laws, and the due course of justice was impeded, in violation of the Fifth and Fourteenth Amendments of the Constitution of the United States and 42 U.S.C. §1983.

WHEREFORE, Plaintiff, RICHARD DIAMOND demands judgment for retaliation in violation of 42 U.S.C. 1983 against DIAMOND for petitioning by the Defendant, GLORICHEL PERFETTO, jointly and severally, for actual, general, special, compensatory damages in the amount to be determined at trial and further demands judgment against each of said Defendants jointly and severally, for punitive damages in an amount to be determined at trial, plus the costs of this action, including attorney's fees, and such other relief deemed to be just and equitable.

## COUNT 2: VIOLATIONS OF 42 U.S.C. §§1983 AND 1985: CONSPIRACY

16. Plaintiff, RICHARD DIAMOND, repeats and realleges and incorporates by reference the allegations in paragraphs 1 through 11 above with the same force and effect as if herein set forth.

17. As a result of their concerted unlawful and malicious conspiracy of Defendants, GLORICHEL PERFETTO and ELBA PERFETTO against Plaintiff, RICHARD DIAMOND was deprived of his right to equal protection of the laws, and the due course of justice was impeded, in violation of the Fifth and Fourteenth Amendments of the Constitution of the United States and 42 U.S.C. §§ 1983 and 1985.

WHEREFORE, Plaintiff, RICHARD DIAMOND demands judgment for the conspiracy against the Defendants, GLORICHEL PERFETTO and ELBA PERFETTO jointly and severally, for actual, general, special, compensatory damages in the amount to be determined at trial and further demands judgment against each of said Defendants, jointly and severally, for punitive damages in an

amount to be determined at trial, plus the costs of this action, including attorney's fees, and such other relief deemed to be just and equitable.

## COUNT 3: MALICIOUS PROSECUTION

18. Plaintiff, RICHARD DIAMOND, repeats and realleges and incorporates by reference the allegations in paragraphs 1 through 11 above with the same force and effect as if herein set forth.

19. Defendants, GLORICHEL PERFETTO and ELBA PERFETTO instituted criminal process against the Plaintiff, RICHARD DIAMOND with malice when Defendant, GLORICHEL PERFETTO and ELBA PERFETTO played an active part in the initiation of the criminal proceedings and the filing of false criminal reports and Temporary Injunction Petition.

20. The charges were not based upon probable cause, that is, the state of the facts in the mind of the prosecutor would not lead a man of ordinary caution and prudence to believe, or entertain an honest or strong suspicion that Plaintiff, RICHARD DIAMOND was guilty.

21. Defendants, GLORICHEL PERFETTO and ELBA PERFETTO, recklessly made categorical statements to both police and judicial officials accusing the Plaintiff, RICHARD DIAMOND of criminal conduct resulting in false criminal investigation against him and a fraudulently obtained Final Judgment of Injunction against Plaintiff, RICHARD DIAMOND as well.

22. Defendants, GLORICHEL PERFETTO and ELBA PERFETTO instigated or participated in the prosecution of Plaintiff, RICHARD DIAMOND by pressing police and judicial officials for a complaint for an improper purpose.

WHEREFORE, Plaintiff, RICHARD DI'AMOND demands judgment against Defendants, GLORICHEL PERFETTO and ELBA PERFETTO, for injunctive relief and actual, special, compensatory damages in an amount deemed at time of trial to be just, fair, and appropriate.

## COUNT 4: MALICIOUS ABUSE OF PROCESS

23. Plaintiff repeats and realleges and incorporates by reference the allegations in paragraphs 1 through 11 above with the same force and effect as if herein set forth.

24. Defendants, GLORICHEL PERFETTO and ELBA maliciously used a "legal process `to accomplish some ulterior purpose for which it was not designed or intended, or which was not the legitimate purpose of the particular process employed.'"

25. Defendants, GLORICHEL PERFETTO and ELBA PERFETTO knew that the complaints they initiated against Plaintiff, RICHARD DIAMOND were false groundless and made false misrepresentations gain a collateral advantage in the visitation proceeding.

26. Defendants, GLORICHEL PERFETTO and ELBA PERFETTO used the legal process with the ulterior purpose, to wit, for an unfair advantage in the visitation proceeding.

WHEREFORE, Plaintiff RICHARD DIAMOND demands judgment against Defendants GLORICHEL PERFETTO and ELBA PERFETTO for injunctive relief and actual, special, compensatory damages, in an amount deemed at time of trial to be just, fair, and appropriate.

## COUNT 5: CONSPIRACY

27. Plaintiff, RICHARD DIAMOND repeats and realleges and incorporates by reference the allegations in paragraphs 1 through 11 above with the same force and effect as if herein set forth.

28. That the Defendants GLORICHEL PERFETTO and ELBA PERFETTO (a) had an object to be accomplished; (b)had an agreement on the object or course of action; (c) performed one or more unlawful overt acts; and (d) caused Plantiff RICHARD DIAMOND damages that were a direct result of those acts.

29. In furtherance of their objectives, Defendants GLORICHEL PERFETTO and ELBA PERFETTO did two or more overt acts against the plaintiff. Those unlawful overt acts include, but are not limited to, filing a false police report and two (2) false Motions for Temporary Injunction.

    a. That the Defendants, GLORICHEL PERFETTO and ELBA PERFETTO, agreed that the object or course of action was to charge and prosecute Plantiff, RICHARD DIAMOND maliciously with crimes.

30. Plaintiff, RICHARD DIAMOND suffered harm and damages that are a direct result of those acts by Defendants, GLORICHEL PERFETTO and ELBA PERFETTO.

WHEREFORE, Plaintiff RICHARD DIAMOND demands judgment against Defendants GLORICHEL PERFETTO and ELBA PERFETTO for injunctive relief and actual, special, compensatory and punitive damages, attorney's fees, costs, expenses, and interest in an amount deemed at time of trial to be just, fair, and appropriate.

## COUNT 6: INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

31. Plantiff RICHARD DIAMOND repeats and realleges and incorporates by reference the allegations in paragraphs 1 through 11 above with the same force and effect as if herein set forth.

32. Defendants GLORICHEL PERFETTO and ELBA PERFETTO intentionally and deliberately inflicted emotional distress on Plaintiff, RICHARD DIAMOND by maliciously prosecuting DIAMOND, or by abusing the lawful process by unlawful purpose, or by violating DIAMOND'S constitutional rights, or by conspiring against DIAMOND.

33. Defendants GLORICHEL and ELBA PERFETTO knew or should have known that emotional distress was the likely result of their conduct.

34. Defendants GLORICHEL PERFETTO and ELBA PERFETTO conduct was extreme and outrageous, beyond all possible bounds of decency and utterly intolerable in a civilized community.

35. The actions of the Defendants GLORICHEL PERFETTO and ELBA PERFETTO were the cause of Plaintiff, RICHARD DIAMOND'S distress.

36. The emotional distress sustained by Plaintiff, RICHARD DIAMOND was severe and of a nature that no reasonable person could be expected to endure.

37. As a result, of the Defendants GLORICHEL and ELBA PERFETTO extreme and outrageous conduct, Plaintiff, RICHARD DIAMOND was, is, and with a high degree of likelihood, will continue to be emotionally distressed due to the actions of the Defendants.

38. As a result, of the Defendants GLORICHEL and ELBA PERFETTO extreme and outrageous conduct, Plaintiff, RICHARD DIAMOND has suffered and will continue to suffer mental pain and anguish, severe emotional trauma, embarrassment, and humiliation.

WHEREFORE, Plaintiff, RICHARD DIAMOND demands judgment, including interest, jointly and severally against all Defendants GLORICHEL and ELBA PERFETTO in an amount deemed by this Court to be just and fair and in any other way in which the Court deems appropriate.

## PLAINTIFF'S VERIFICATION

The undersigned, being duly sworn, deposes and says that I am the Plaintiff herein, and have read the foregoing pleading filed on my behalf, and the facts stated therein are true.

29 December 2006

Richard Diamond.

Subscribed and sworn to before me, this 29th day of December, 2006.

FELIPE E BATLLE
MY COMMISSION # DD509115
EXPIRES: Jan. 22, 2010
(407) 398-0153    Florida Notary Service.com

Notary Public

## DEMAND FOR JURY TRIAL

39.    Plaintiff, DIAMOND, demands trial by jury on all issues so triable.

BY: _____
David S. Harris, Esq.
6431 SW 39th Street
Miami, FL 33155
(305) 667-9043 Telephone
(305) 667-9044 Facsimile
Fla. Bar No. 0112739

# EXHIBIT "A"

# OFFENSE-INCIDENT REPORT

| | | Gang Related | | | Juvenile in Report | Juvenile Warn/Dismiss | 1. Original 2. Supplement |
|---|---|---|---|---|---|---|---|

**MIAMI-DADE POLICE DEPARTMENT**

Agency Report Number: **PD06 1128 614606**

**ADM**
Date of Supplement

Original Day Reported: **TUE** Date: **11 28 2006** Time (mil): **2156** Time Dispatched (mil): **2158** Time Arrived (mil): **2207** Time Completed (mil): **2330**

**EVENT DATA**

Incident Type: 1. Felony 2. Traffic Felony | 3. Misdemeanor 4. Traffic Misdemeanor | 8. Ordinance 9. Other | Incident: Day; From **SUN 11-26-6 1530** To Day **MON 11-27-6 1730**

OFF/INC # 1: Description: **THEFT** — A-Attempted C-Committed **C** Statute Violation Number **812-014** NCIC/UCR Code **2306-**

OFF/INC # 2

Incident Location (Street, Apt. Number): **17650 NW 68 AVE** City **MIAMI FL APT 2007** Zip District **NW 622S** Grid **03** Area Zone

Business Name/Area Identifier: **LAKE VIEW APTS** Forced Entry 0. NA 1. Yes 2. No **0** Occupancy 0. Unoccupied 1. Occupied **1** 2. Abandoned

**Location Type**
01. Residence-Single | 06. Gas Station | 11. Specialty Store | 16. Storage | 21. Airport | 26. Highway/Roadway | 99. Other
02. Apartment/Condo | 07. Liquor Sales | 12. Drug Store/Hospital | 17. Gov't/Public Bldg. | 22. Bus/Rail Terminal | 27. Park/Woodlands/Field
03. Residence-Other | 08. Bar/Nightclub | 13. Bank/Financial Inst. | 18. School/University | 23. Construction Site | 28. Lake/Waterway
04. Hotel/Motel | 09. Supermarket | 14. Commercial/Office Bldg. | 19. Jail/Prison | 24. Other Structure | 29. Motor Vehicle
05. Convenience Store | 10. Dept/Discount Store | 15. Industrial/Mfg. | 20. Religious Bldg. | 25. Parking Lot/Garage | 30. Other Mobile

Location Type: **0 2**

**CODES**

| # OFF/INC | # Victims | # Offenders | # Prem. Ent. | # Veh. Stolen | Type Weapon 00. N/A 01. Handgun | 02. Rifle 03. Shotgun 04. Firearm | 05. Knife/Cutting Instrument 06. Blunt Object | 07. Hands/Fist/Feet 08. Poison 09. Explosives | 10. Fire/Incendiary 11. Threat/Intimidation 12. Simulated Weapon | 13. Drugs 88. Unknown 99. Other |
|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 01 | 01 | 00 | 00 | 00 | | | | | 00 |

V/W Code: V-Victim P-Proprietor W-Witness Z-Other C-Reporting Person

Victim Type: 0. N/A 1. Juvenile 2. L.E. Officer 3. Adult | 4. Business 5. Government 6. Church 7. Other

Race: N-N/A W-White B-Black | I-American Indian O-Oriental/Asian U-Unknown

Sex: N-N/A M-Male F-Female U-Unknown

Residence Type: 0. N/A 1. City 2. County | 3. Florida 4. Out-of-State

Residence Status: 0. N/A 1. Full Year 2. Part Year 3. Non-Resident

Extent of Injury: 0. None 1. Minor 2. Serious 3. Fatal

Injury Type: 00. N/A 01. Gunshot 02. Stabbed | 03. Laceration 05. Poss. Broken Bones 06. Poss. Internal Injury | 07. Loss of Teeth 08. Burns 09. Abrasions/Bruises | Victim Relationship To Offender: 00. N/A 01. Undetermined 02. Stranger | 04. Unconscious 10. Other | 06. Parent 03. Spouse 04. Ex-Spouse 09. Step-Parent | 10. Step-Child 07. Brother/Sister 11. Child 12. Other Family 13. Student | 14. Teacher 15. Child of Boy/Girl Friend 16. Boy/Girl Friend | 17. Friend 18. Neighbor 19. Sitter/Day Care 20. Employee | 21. Employer 22. Landlord/Tenant 23. Acquaintance 99. Other Known

**VICTIM/WITNESS**

OFF/INC Indicator # 1 3. Both # 2 | V/W Code: **V** | V: **1** | Type: **3** | Name (Last, First, Middle or Business): **PERFETTO, GLORICHEL** | Residence Phone **305 824 1157**

Address (Street, Apt. Number): **17650 NW 68AV APT 2007 MIAMI FL** State City Zip Business Phone **754 323 5000**

Other Contact Info. (Time Available, Interpreter, etc.) Synopsis of Involvement: **VICTIM**

If V/W Code V, W, or P: Race **W** | Sex **F** | Date of Birth or Age **04/14/1981** | Res. Type **2** | Res. Status **1** | Extent of Injury **0** | Injury Type(s) **00** | Relationship **16** | Ethnicity | Will victim prefer charges? Yes ☒ No ☐

OFF/INC Indicator # 1 3. Both # 2 | V/W Code | V | V. Type | Name (Last, First, Middle or Business) | Residence Phone ( )

Address (Street, Apt. Number) City State Zip Business Phone ( )

Other Contact Info. (Time Available, Interpreter, etc.) Synopsis of Involvement

If V/W Code V, W, or P: Race | Sex | Date of Birth or Age | Res. Type | Res. Status | Extent of Injury | Injury Type(s) | Relationship | Ethnicity | Will victim prefer charges? Yes ☐ No ☐

**SUSPECT**

OFF/INC Indicator # 1 3. Both # 2 **1** | Suspect Code: S-Suspect E-Escapee A-Arrestee Z-Other | Code **S** | # **1** | Juvenile | Name (Last, First, Middle): **DIAMOND, RICHARD**

Maiden Name | Nickname/Street Name | Place of Birth | Residence Phone ( )

Last Known Address (Street, Apt. Number): **2430 CENTER GATE DR. MIRAMAR FL 33025** City State Zip | Business Phone ( )

Occupation | Employer/School | Address | Social Security Number

Driver's License State/Number: **D553 740 730 640** | Immigration and Naturalization Number | Other I.D. Number | OBTS Number (Arrested) | FCIC/NCIC

Clothing (Describe) | Scars/Marks/Tattoos (Location/Describe) | Hair Style

Race **W** | Sex **M** | Date of Birth or Age **02 24 1973** | Height | Weight | Eye Color | Hair Color | Hair Length

Complexion | Build | Facial Hair | Teeth | Speech/Voice | Special Identifiers

**NARRATIVE**

V-1 AND S-1 ARE BOYFRIEND GIRLFRIEND WHO HAVE A CHILD TOGETHER AND DO NOT LIVE TOGETHER. THEY ARE ARE IN COURT IN A CHILD CUSTODY CASE. S-1 WAS SEEN IN THE AREA OF V-1'S APT. V-1 THINKS S-1 HAS A COPY OF HER KEY. V-1 STATED A BAG WITH HER TAX PAPERS AND THE CHILD'S BIRTH CERTIFICATE ARE MISSING.

**ADMINISTRATIVE**

Person/Unit Notified | Time | Related Report Number(s)

Officer(s) Reporting: **TACK, A 3623-13** | **M3303** | I.D. Number(s)/Locator Code | Unit

Officer Reviewing (If Applicable) | I.D. Number **1426-15** Routed To **4** Referred To | Assigned To **BULL A JG** By **12/6/06** Date

Case Status | Clearance Type 1. Arrest 2. Exceptional | 3. Unfounded 4. Open Pend. | ☐ Adult ☐ Juvenile | Date Cleared | Jail Number | Number Arrested

Exception Type 1. Extradition Declined | 2. Arrest on Primary Offense Secondary Offense Without Prosecution | 3. Death of Offender 4. Victim Refused to Cooperate | 5. Prosecution Declined 6. Juvenile/No Custody | OBTS Number | Page **1** of **2**

**PROPERTY REPORT**

**MIAMI-DADE POLICE DEPARTMENT**

| Agency | 1. Original |
| --- | --- |
| Da... 3? Supplement | 2. Supplement 1 |

ADM

Agency Report Number: PD.061118614.606

| Original Date Reported | Primary Offense Description | Victim #1 Name |
| --- | --- | --- |
| 1 28 2006 | THEFT | PERFCTTO, G |

**THEFT**

**Type Theft**
00. N/A   02. Robbery   04. Pocket Picking   06. Embezzlement   08. From Public Access Bldg.   11. By Computer   99. Other
01. Burglary   03. Shoplifting   05. Purse Snatching   07. From Coin Oper. Machine   10. Extortion   12. Fraud

**CODES**

| Person Code | Status Code | Damage Code |
| --- | --- | --- |
| P-Proprietor   A-Arrestee   S-Suspect   Z-Other   V-Victim | 1. Stolen   2. Recovered   3. Stolen and Recovered   4. Recovered for Other Jurisdiction   5. Lost   6. Found   7. Safekeeping   8. Evidence/Seized   9. Other | 0. N/A   1. Arson   2. Criminal Mischief   3. During other Offense   9. Other |

**Property Type**
A. Auto Accessory/Parts   F. Food/Liquor/Consumable   K. Clothing/Fur   P. Art/Collection   U. Currency/Negotiable   Z. Miscellaneous
B. Bicycle   G. Gun   L. Livestock   Q. Computer Equipment   V. Credit Card/Non-Negotiable
C. Camera/Photo Equipment   H. Household Appliance/Goods   M. Musical Instrument   R. Radio/Stereo   W. Boat Motor
D. Drug   I. Plant/Citrus   N. Construction Machinery   S. Sports Equipment   X. Structure
E. Equipment/Tool   J. Jewelry/Precious Metal   O. Office Equipment   T. TV/Video/VCR   Y. Farm Equipment

**PROPERTY**

| Person Code # | Item # | Status | Damage | Property Type | Quantity | Name / Brand | Model Name/Number |
| --- | --- | --- | --- | --- | --- | --- | --- |
| V | 1 | | 0 | Z | 1 | TAX RETURNS + REC. | |

| Serial Number | Owner Applied Number | Description (Size, Color, Caliber, Barrel Length, Etc.) | FCIC/NCIC |
| --- | --- | --- | --- |

| Value | Value Recovered | Date Recovered |
| --- | --- | --- |
| $ 1100 | $ | |

| Person Code # | Item # | Status | Damage | Property Type | Quantity | Name / Brand | Model Name/Number |
| --- | --- | --- | --- | --- | --- | --- | --- |
| V | 2 | | 0 | Z | 2 | BIRTH CERT. | |

| Serial Number | Owner Applied Number | Description (Size, Color, Caliber, Barrel Length, Etc.) | FCIC/NCIC |
| --- | --- | --- | --- |

| Value | Value Recovered | Date Recovered |
| --- | --- | --- |
| $ 200 | $ | |

| Person Code # | Item # | Status | Damage | Property Type | Quantity | Name / Brand | Model Name/Number |
| --- | --- | --- | --- | --- | --- | --- | --- |
| V | 3 | | 0 | Z | 2 | S.S. CARDS | |

| Serial Number | Owner Applied Number | Description (Size, Color, Caliber, Barrel Length, Etc.) | FCIC/NCIC |
| --- | --- | --- | --- |

| Value | Value Recovered | Date Recovered |
| --- | --- | --- |
| $ 200 | $ | |

| Person Code # | Item # | Status | Damage | Property Type | Quantity | Name / Brand | Model Name/Number |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | | |

| Serial Number | Owner Applied Number | Description (Size, Color, Caliber, Barrel Length, Etc.) | FCIC/NCIC |
| --- | --- | --- | --- |

| Value | Value Recovered | Date Recovered |
| --- | --- | --- |
| $ | $ | |

| Person Code # | Item # | Status | Damage | Property Type | Quantity | Name / Brand | Model Name/Number |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | | |

| Serial Number | Owner Applied Number | Description (Size, Color, Caliber, Barrel Length, Etc.) | FCIC/NCIC |
| --- | --- | --- | --- |

| Value | Value Recovered | Date Recovered |
| --- | --- | --- |
| $ | $ | |

| Person Code # | Item # | Status | Damage | Property Type | Quantity | Name / Brand | Model Name/Number |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | | |

| Serial Number | Owner Applied Number | Description (Size, Color, Caliber, Barrel Length, Etc.) | FCIC/NCIC |
| --- | --- | --- | --- |

| Value | Value Recovered | Date Recovered |
| --- | --- | --- |
| $ | $ | |

**TOTALS**

| Property Stolen | $ | Change in Property Stolen Value | $ |
| --- | --- | --- | --- |
| Property Recovered | $ | Change in Property Recovered Value | $ |

(Property Stolen: 500)

**CODES**

**Activity**
P. Possess   D. Deliver   Z. Other
S. Sell   E. Use
B. Buy   K. Dispense/Distribute
T. Traffic   M. Manufacture/Produce/Cultivate
R. Smuggle

**Type**
A. Amphetamine   M. Marijuana   U. Unknown
B. Barbiturate   O. Opium/Derivative   Z. Other
C. Cocaine   P. Paraphernalia/Equipment
E. Heroin   S. Synthetic
H. Hallucinogen

**Unit**
1. Gram   6. Ton
2. Milligram   7. Liter
3. Kilogram   8. Milliliter
4. Ounce   9. Dose Unit/Item
5. Pound

**DRUGS**

| Activity | Type | Description | Quantity | Unit | Estimated Street Value |
| --- | --- | --- | --- | --- | --- |
| | | | | | $          .00 |
| | | | | | $          .00 |
| | | | | | $          .00 |

**PROPERTY DETAIL/NARRATIVE**

NO SIGN OF A BREAK. NOTHING ELSE MISSING

D.V. FORM GIVEN

**ADMINISTRATIVE**

| Officer(s) Reporting | ID. Number(s)/Creator Code | Date |
| --- | --- | --- |
| TACK JR 3623-13 | M3303   11-28-06 | |
| Officer Reviewing (if applicable) 1486 1486-13 | ID. Number   Routed To   Referred To   Assigned To   By | Date |

Page 2 of 2

# EXHIBIT "B"

PERSONAL SERVICE [ X ] BY FILED

REMARKS: NORTH DADE JUSTICE CENTER (NDJC)

15555 BISCAYNE BLVD Miami, FL 33160

DATE OCT 24 2006    TIME 3:25 P.M.

OFFICER _Shamael Smith_

ID # _1932_

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT,
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

Case No.: **06-030532-FC-04**

[ X ] DOMESTIC VIOLENCE DIVISION
[ ] FAMILY DIVISION

**GLORICHEL PERFETTO**

Petitioner,

[ X ] ORIGINAL ORDER
[ ] EXTENSION

and

ISSUED: **10/24/2006**
EXPIRES: **11/08/2006** OR UNTIL
THE FINAL JUDGMENT OF INJUNCTION
FOR PROTECTION, IF ENTERED, IS
SERVED ON RESPONDENT.

**RICHARD DIAMOND**

Respondent.

## TEMPORARY INJUNCTION FOR PROTECTION AGAINST DOMESTIC VIOLENCE
## WITH MINOR CHILD(REN)

The Petition for Injunction for Protection Against Domestic Violence under section 741.30, Florida Statutes, and other papers filed in this Court have been reviewed. The Court has jurisdiction of the parties and the subject matter under the laws of Florida. The term "Petitioner" as used in this injunction includes the person on whose behalf this injunction is entered.

**It is intended that this protection order meet the requirements of 18 U.S.C. § 2265 and therefore intended that it be accorded full faith and credit by the court of another state or Indian tribe and enforced as if it were the order of the enforcing state or of the Indian tribe.**

### NOTICE OF HEARING

Because this Temporary Injunction for Protection Against Domestic Violence has been issued without prior notice to Respondent, Petitioner and Respondent are instructed that they are scheduled to appear and testify at a **fifteen minute** hearing regarding this matter on **November 7th, 2006**, at **09:00 AM** a.m./p.m., when the Court will consider whether the Court should issue a Final Judgment of Injunction for Protection Against Domestic Violence, which would remain in effect until modified or dissolved by the Court, and whether other things should be ordered, including, for example, such matters as visitation and support. The hearing will be before The Honorable **MYRIAM LEHR**, at **North Dade Justice Center 15555 Biscayne Blvd. Miami, FL 33160-0000 Room: 2-7**. If Petitioner and/or Respondent do not appear, this temporary injunction may be continued in force, extended, or dismissed, and/or additional orders may be granted.

All witnesses and evidence, if any, must be presented at this time. In cases where temporary support issues have been alleged in the pleadings, each party is ordered to bring his or her financial affidavit, tax return, pay stubs, and other evidence of financial income to the hearing. Children are not permitted to testify unless a motion is filed pursuant to Fla.Fam. L.R.P.12.407, and an order allowing the testimony is granted prior to the hearing.

Florida Family Law Form 12.980(d), Temporary Injunction for Protection Against Domestic Violence (2/98) Case No.: 06030532FC04

Page 1 of 11

NOTICE:  Because this is a civil case, there is no requirement that these proceedings be transcribed at public expense.  YOU ARE ADVISED THAT IN THIS COURT:  Only Injunctions for Protection Against Domestic Violence Cases, filed pursuant to section 741.30 Florida Statutes, will be electronically recorded by the court. If your case is filed pursuant to chapter 784 (Repeat, Dating, or Sexual Violence), no recording is required to be made by the court. You may arrange in advance, at your own expense, for a court reporter to appear at the hearing. In all cases which have been recorded, or where a court reporter has been present, a transcript of the proceedings may be requested and prepared, at your own expense.

A RECORD, WHICH INCLUDES A TRANSCRIPT, MAY BE REQUIRED TO SUPPORT AN APPEAL.  THE PARTY SEEKING THE APPEAL IS RESPONSIBLE FOR HAVING THE TRANSCRIPT PREPARED BY A COURT REPORTER.  THE TRANSCRIPT MUST BE FILED WITH THE REVIEWING COURT OR THE APPEAL MAY BE DENIED.

If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the Miami-Dade County Court's ADA Coordinator at 73 West Flagler Street, Room 1600, Miami, FL  33130, telephone numbers (305) 349-7175 for voice or (305) 349-7174 for TDD and (305) 349-7011 for fax, within 2 working days of your receipt of this temporary injunction. If you are hearing or voice impaired, you may also call TDD 1-800-955-8771, for the Florida Relay Service.

## FINDINGS

The statements made under oath by Petitioner make it appear that section 741.30, Florida Statutes, applies to the parties. It also appears that Petitioner is a victim of domestic violence by Respondent, and/or Petitioner has reasonable cause to believe he/she is in imminent danger of becoming a victim of domestic violence by Respondent, and that there is an immediate and present danger of domestic violence to Petitioner or persons lawfully with Petitioner, unless this injunction is issued without notice.

Florida Family Law Form 12.980(d), Temporary Injunction for Protection Against Domestic Violence (2/98) Case No.: 06030532FC04

Page 2 of 11

## TEMPORARY INJUNCTION AND TERMS

This injunction shall be effective until the hearing set above, or until Final Judgment of Injunction, if entered, is served on Respondent or otherwise extended by the Court. THIS INJUNCTION IS VALID AND ENFORCEABLE IN ALL COUNTIES OF THE STATE OF FLORIDA. The terms of this injunction may not be changed by either party alone or by both parties together. Only the Court may modify the terms of this injunction. Either party may ask the Court to change or end this injunction.

Any violation of this injunction, whether or not at the invitation of Petitioner or anyone else, may subject Respondent to civil or indirect criminal contempt proceedings, including the imposition of a fine or imprisonment. Certain willful violations of the terms of this injunction, such as: refusing to vacate the dwelling that the parties share; going to the Petitioner's residence, place of employment, school, or other place prohibited in this injunction; telephoning, contacting, or communicating with Petitioner if prohibited by this injunction; or committing an act of domestic violence against Petitioner constitutes a misdemeanor of the first degree punishable by up to one year in jail, as provided by sections 775.082 and 775.083, Florida Statutes. In addition, it is a federal criminal felony offense, punishable by up to life imprisonment, depending on the nature of the violation, to cross state lines or enter Indian country for the purpose of engaging in conduct that is prohibited in this injunction. 18 U.S.C. § 2262.

ORDERED and ADJUDGED:



**Violence Prohibited.** Respondent shall not commit, or cause any other person to commit, any acts of domestic violence against Petitioner. Domestic violence includes: assault, aggravated assault, battery, aggravated battery, sexual assault, sexual battery, stalking, aggravated stalking, kidnapping, false imprisonment, or any other criminal offense resulting in physical injury or death to Petitioner or any of Petitioner's family or household members who are residing in the same single dwelling unit with Petitioner. Respondent shall not commit any other violation of the injunction through an intentional unlawful threat, word, or act to do violence to the Petitioner.

**No Contact.** Respondent shall have no contact with Petitioner unless otherwise provided in this section, or unless paragraph 14 below provides for contact connected wtih the temporary custody of and visitation with minor child(ren).

a.   Unless otherwise provided herein, Respondent shall have no contact with Petitioner. Respondent shall not directly or indirectly contact Petitioner in person, by mail, e-mail, fax, telephone, through another person, or in any other manner. Further, Respondent shall not contact or have any third party contact anyone connected with Petitioner's employment or school to inquire about Petitioner or to send any messages to Petitioner. Unless otherwise provided herein, **Respondent shall not go to, in, or within 500 feet of:** Petitioner's current residence **17650 NW 68 AVENUE A2007, MIAMI, FL 33015-**   or any residence to which Petitioner may move; Petitioner's current or any subsequent place of employment or place where Petitioner attends school **BROWARD COUNTY SCHOOLS,  FT LAUDERDALE, FL;** or the following other places (if requested by Petitioner) where Petitioner or Petitioner's minor child(ren) go often:

Respondent may not knowingly come within 100 feet of Petitioner's automobile at any time.

Florida Family Law Form 12.980(d), Temporary Injunction for Protection Against Domestic Violence (2/98) Case No.: 06030532FC04

Page 3 of 11

[Initial **if** applies; Write N/A **if not** applicable]

b. Other provisions regarding contact: _____
_____
_____
_____

c. **Exceptions for court-related contact.** When scheduled for court appearances, the parties may both appear in court at the same time, but respondent shall not speak to, gesture at, or otherwise verbally or non-verbally communicate with or have any contact with petitioner unless expressly authorized to do so by the judge. Service of properly filed non-harassing papers, by counsel, by process server, or by mail, will not constitute a violation of this order. The parties must obtain approval from the court before scheduling or attending any deposition or meeting which will require attendance by both parties. Each party may, but is not required to, communicate with the other party's attorney, if applicable, but not in the other party's presence.

d. Petitioner and Respondent are employed by the same employer, work at the same physical location, or attend the same school. Accordingly, the following restrictions shall apply:
_____
_____
_____
_____

3.   **Firearms.**
[Initial **all** that apply; write N/A **if does not** apply]

a. Respondent shall not use or possess a firearm or ammunition.

b. Respondent shall surrender any firearms and ammunition in the Respondent's possession to the nearest police department to his/her home until further order of the court.

c. Other directives relating to firearms and ammunition: The Respondent shall bring a receipt of surrender to the final hearing.
_____
_____
_____
_____

**NOTE: RESPONDENT IS ADVISED THAT, IF A PERMANENT INJUNCTION FOR PROTECTION AGAINST DOMESTIC VIOLENCE IS ISSUED FOLLOWING A HEARING REGARDING THIS MATTER, IN MOST CASES IT WILL BE A VIOLATION OF § 790.233, FLORIDA STATUTES, AND A FIRST DEGREE MISDEMEANOR FOR RESPONDENT TO HAVE IN HIS OR HER CARE, CUSTODY, POSSESSION, OR CONTROL ANY FIREARM OR AMMUNITION.  ADDITIONALLY, IT WILL BE A FEDERAL CRIMINAL FELONY OFFENSE TO SHIP OR TRANSPORT IN INTERSTATE OR FOREIGN COMMERCE, OR POSSESS IN OR AFFECTING COMMERCE, ANY FIREARM OR AMMUNITION; OR TO RECEIVE ANY FIREARM OR AMMUNITION WHICH HAS BEEN SHIPPED OR TRANSPORTED IN INTERSTATE OR FOREIGN COMMERCE WHILE SUBJECT TO QUALLFYING ORDER OF PROTECTION UNDER. 18 U.S.C. § 922(g)(8).**

4.     **Mailing Address.**  Respondent shall notify the Clerk of the Court of any change in his or her mailing address within ten (10) days of the change.  All further papers (excluding the final injunction, if entered without Respondent's being present at the hearing, and pleadings requiring personal service) shall be served by mail to Respondent's last known address.  Such service by mail shall be complete upon mailing.  Rule 12.080, Fla. Fam. L. R. P., section 741.30, Florida Statutes.

5.     **Additional order(s) necessary to protect Petitioner from domestic violence:** _____
_____
_____
_____

Florida Family Law Form 12.980(d), Temporary Injunction for Protection Against Domestic Violence (2/98) Case No.: 06030532FC04

Page 5 of 11

## TEMPORARY EXCLUSIVE USE AND POSSESSION OF HOME

[Initial **all** that apply; write N/A **if does not** apply]

6. **Possession of the Home.** (  ) Petitioner (  ) Respondent shall have temporary exclusive use and possession of the dwelling located at:
**17650 NW 68 AVENUE A2007, MIAMI, FL 33015-   .**

7. **Transfer of Possession of the Home.** A law enforcement officer with jurisdiction over the home shall accompany ( )Petitioner ( ) Respondent to the home, and shall place (  ) Petitioner ( ) Respondent in possession of the home.

8. **Personal Items.** (  ) Petitioner (   ) Respondent, **in the presence of a law  enforcement officer,** may make a single visit to the premises described in the paragraph above at a time arranged with the law enforcement department with jurisdiction over the home, for the purpose of obtaining his or her clothing and items of personal health and hygiene and tools of the trade. A law enforcement officer with jurisdiction over the home from which these items are to be retrieved shall accompany (  ) Petitioner (  ) Respondent to the home and must stand by to ensure that he/she vacates the premises with only his/her personal clothing, toiletries, tools of the trade, and any other items listed in paragraph 10 below.   The law enforcement agency shall not be responsible for storing or transporting any property. **IF THE RESPONDENT IS NOT AWARDED POSSESSION OF THE HOME AND GOES TO THE HOME WITHOUT A LAW ENFORCEMENT OFFICER, IT IS A VIOLATION OF THIS INJUNCTION.**

9. (  ) Petitioner (  ) Respondent shall not damage or remove any furnishings or fixtures from the parties' former shared premises.

10. Other: Respondent is further ordered not to enter onto the residential premises of Petitioner, wherever located in the State of Florida.

Florida Family Law Form 12.980(d), Temporary Injunction for Protection Against Domestic Violence (2/98) Case No.: 06030532FC04

Page 6 of 11

**TEMPORARY SUPPORT**

Temporary support, if requested by Petitioner in the Petition for Injunction for Protection Against Domestic Violence, will be addressed by the Court after notice to Respondent and hearing on the matter.

**TEMPORARY CUSTODY OF MINOR CHILD(REN)**

11. **Jurisdiction.** Jurisdiction to determine custody of any minor child(ren) listed in paragraph 2 below is proper under the Uniform Child Custody Jurisdiction and Enforcement Act (UCCJEA).

12. **Temporary Custody of Minor Child(ren).** ( ✓ ) Petitioner (   ) Respondent shall have temporary custody of the parties' minor child(ren) listed below:

| Name | Birth date |
|------|-----------|
| CHLOE ELIZABETH DIAMOND - | 07/28/2005 |

When requested by the custodial parent, law enforcement officers shall use any and all reasonable and necessary force to physically deliver the minor child(ren) listed above to custodial parent. The noncustodial parent shall not take the child(ren) from the custody of custodial parent or any child care provider or other person entrusted by the custodial parent with the care of the child(ren).

[initial **if** applies; write N/A **if does not** apply]

Neither party shall remove the minor child(ren) from the State of Florida, which is the jurisdiction of this Court, prior to the hearing on this temporary injunction. Violation of this custody order may constitute a felony of the third degree under sections 787.03 and 787.04, Florida Statutes.

13. **Contact with Minor Child(ren).** Unless otherwise provided in paragraph 14 below, the noncustodial parent shall have no contact with the parties' child(ren) until further order of the Court.

14. **Other Additional Provisions Relating to the Minor Child(ren).**

_____
_____
_____
_____
_____
_____
_____

Florida Family Law Form 12.980(d), Temporary Injunction for Protection Against Domestic Violence (2/98) Case No.: 06030532FC04

Page 7 of 11

## OTHER SPECIAL PROVISIONS

1.   ANY LAW ENFORCEMENT OFFICER MAY ARREST A PERSON WITHOUT A WARRANT WHEN THERE IS PROBABLE CAUSE TO BELIEVE THAT A PERSON HAS COMMITTED AN ACT WHICH IS A CRIMINAL VIOLATION OF THIS INJUNCTION, AN ACT OF DOMESTIC VIOLENCE, OR CHILD ABUSE.  WITH RESPECT TO AN ARREST FOR AN ACT OF DOMESTIC VIOLENCE, THE DECISION TO ARREST SHALL NOT REQUIRE THE CONSENT OF THE VICTIM OR CONSIDERATION OF THE RELATIONSHIP OF THE PARTIES.

2.   ANY VIOLATION OF THIS INJUNCTION, WHETHER OR NOT AT THE INVITATION OF THE PETITIONER OR ANYONE ELSE, MAY SUBJECT THE RESPONDENT TO CRIMINAL PROSECUTION OR CONTEMPT OF COURT. THE PROVISIONS OF THIS INJUNCTION MAY BE MODIFIED OR ENDED ONLY BY THE COURT.  THE PARTIES CANNOT AMEND THE INJUNCTION THEMSELVES EITHER VERBALLY, IN WRITING, OR BY INVITATION TO THE RESIDENCE OR SOME OTHER PLACE.   MODIFICATIONS ARE ONLY VALID AND ENFORCEABLE AFTER HEARING AND WRITTEN COURT ORDER. EITHER PARTY MAY REQUEST THE COURT TO CHANGE OR END THIS INJUNCTION AT ANY TIME.    A HEARING WILL BE SCHEDULED WITHIN FIVE (5) DAYS OF THIS REQUEST. SHOULD YOU DESIRE SUCH A HEARING, PUT YOUR REQUEST IN WRITING AND FILE IT WITH THE DOMESTIC VIOLENCE CLERK'S OFFICE WHERE THE INJUNCTION WAS ISSUED.  FOR FURTHER INFORMATION, CALL (305) 275-1155.

3.   THE COURT MAY GRANT A CONTINUANCE BEFORE OR DURING A HEARING ON THIS MATTER UPON A SHOWING OF GOOD CAUSE BY EITHER PARTY, WHICH INCLUDES A CONTINUANCE TO OBTAIN SERVICE OF PROCESS.   ANY INJUNCTION SHALL BE EXTENDED, IF NECESSARY, TO REMAIN IN FULL FORCE AND EFFECT DURING ANY PERIOD OF CONTINUANCE.

4.   EACH PARTY IS DIRECTED TO IMMEDIATELY ADVISE THE CLERK OF THE COURT, DOMESTIC VIOLENCE DIVISION, IN WRITING, AT THE LOCATION WHERE THE CASE IS PENDING, OF ANY CHANGE OF ADDRESS.  FAILURE TO COMPLY MAY JEOPARDIZE YOUR RIGHTS.

Florida Family Law Form 12.980(d), Temporary Injunction for Protection Against Domestic Violence (2/98) Case No.: 06030532FC04

Page 8 of 11

5.  THIS PROCEEDING IS NOT A DISSOLUTION OF MARRIAGE.  IN ORDER FOR FINANCIAL MATTERS TO BE RESOLVED, THERE MUST BE COMPLIANCE WITH THE FLORIDA RULES OF CIVIL PROCEDURE, THE FLORIDA FAMILY LAW RULES OF PROCEDURE, AND CHAPTER 61, FLORIDA STATUTES.

6.  REPORTING ALLEGED VIOLATIONS.  IF RESPONDENT VIOLATES THE TERMS OF THIS INJUNCTION AND THERE HAS NOT BEEN AN ARREST, PETITIONER MAY CONTACT THE CLERK OF THE CIRCUIT COURT OF THE COUNTY IN WHICH THE VIOLATION OCCURRED AND COMPLETE AN AFFIDAVIT OUTLINING THE VIOLATION, OR PETITIONER MAY CONTACT THE STATE ATTORNEY'S OFFICE FOR ASSISTANCE IN FILING AN ACTION FOR INDIRECT CRIMINAL CONTEMPT. UPON RECEIVING SUCH A REPORT, THE STATE ATTORNEY IS HEREBY APPOINTED TO PROSECUTE SUCH VIOLATIONS BY INDIRECT CRIMINAL CONTEMPT PROCEEDINGS, OR THE STATE ATTORNEY MAY DECIDE TO FILE A CRIMINAL CHARGE, IF WARRANTED BY THE EVIDENCE.

7.  RESPONDENT, UPON SERVICE OF THIS INJUNCTION, SHALL BE DEEMED TO HAVE KNOWLEDGE OF AND TO BE BOUND BY ALL MATTERS OCCURRING AT THE FINAL HEARING AND ON THE FACE OF THIS INJUNCTION, REGARDLESS OF WHETHER RESPONDENT APPEARED AT THE HEARING.

8.  THIS TEMPORARY INJUNCTION IS EXTENDED UNTIL SUCH TIME AS SERVICE OF THE FINAL INJUNCTION, IF ENTERED, IS MADE UPON RESPONDENT.

9.  RESPONDENT IS ON NOTICE THAT VIOLATIONS AFTER THE EXPIRATION DATE ON THE FRONT OF THIS TEMPORARY INJUNCTION MAY BE CRIMINAL VIOLATIONS IF A PERMANENT/FINAL INJUNCTION FOR PROTECTION IS ENTERED AT THE FINAL HEARING.

Florida Family Law Form 12.980(d), Temporary Injunction for Protection Against Domestic Violence (2/98) Case No.: 06030532FC04

Page 9 of 11

## DIRECTIONS TO LAW ENFORCEMENT OFFICERS IN ENFORCING THIS INJUNCTION
*(Provisions in this injunction that do not include a line for the judge to either initial or write N/A are considered mandatory provisions and should be interpreted to be part of this injunction.)*

1. The Sheriff of Miami Dade County, or any other authorized law enforcement officer, is ordered to serve this temporary injunction upon Respondent as soon as possible after its issuance.

2. **This injunction is valid in all counties of the State of Florida.** Violation of this injunction should be reported to the appropriate law enforcement agency. Law enforcement officers of the jurisdiction in which a violation of this injunction occurs shall enforce the provisions of this injunction and are authorized to arrest without a warrant pursuant to section 901.15, Florida Statutes, for any violation of its provisions which constitutes a criminal act under section 741.31, Florida Statutes.

3. THIS INJUNCTION IS ENFORCEABLE IN ALL COUNTIES OF FLORIDA AND LAW ENFORCEMENT OFFICERS MAY EFFECT ARRESTS PURSUANT TO SECTION 901.15(6), FLORIDA STATUTES. The arresting agent shall notify the State Attorney's Office immediately after arrest.

4. This case ( X ) does (   ) does not involve issues of custody and/or visitation. As such, this injunction ( X ) does (   ) does not incorporate a page pertaining to those issues.

ORDERED on this **24th day of October, 2006**, at _1:50_ (a.m./p.m.)

_____
CIRCUIT JUDGE

STATE OF FLORIDA, COUNTY OF DADE
I HEREBY CERTIFY that the foregoing is a true and correct copy of the original on file in this office.
OCT 2 5 2006 AD 20
HARVEY RUVIN, Clerk of Circuit and County Courts
Deputy Clerk

**NAME OF RESPONDENT: RICHARD DIAMOND**

Physical description of Respondent:

| | | | |
|---|---|---|---|
| Date of Birth | **02/24/1973** | Social Security # | **UNKNOWN** |
| Race | **WHITE** | Sex | **MALE** |
| Height | **5 ft. 11 in.** | Weight | **170** |
| Hair Color | **BROWN** | Eye Color | **BROWN** |

Distinguishing marks or scars: **MARINE SYMBOL TATTOO ON CHEST**

Aliases (other names) Respondent uses or has used: **RICKY**
Nickname(s): **RICKY**

Vehicle information:

| | | | |
|---|---|---|---|
| Make | **INFINITY** | Color | **BLACK** |
| Model | **FX35** | Tag | **UNKNOWN** |

ATTACH PHOTO, IF AVAILABLE

COPIES TO:
Sheriff of Miami-Dade County
Petitioner: ___ by U.S. Mail ___ by hand delivery
Respondent: ___ forwarded to sheriff for service ___ by U.S. Mail ___ by hand delivery
___    State Attorney's Office
___    Other:_____
___    Petitioner's Attorney: ___ by U.S. Mail
                              ___ by hand delivery
       Respondent's Attorney: ___ by U.S. Mail
                              ___ by hand delivery

    I CERTIFY the foregoing is a true copy of the original as it appears on file in the office of the Clerk of the Circuit Court of Miami-Dade County, Florida, and that I have furnished copies of this order as indicated above.

CLERK OF THE CIRCUIT COURT

By: _____
    Deputy Clerk

Form -2A-
DVTEMPCH.RTF
07/12/04

Florida Family Law Form 12.980(d), Temporary Injunction for Protection Against Domestic Violence (2/98) Case No.: 06030532FC04

Page 11 of 11

Form -1A- / -PETI-

IN THE CIRCUIT COURT OF THE
ELEVENTH JUDICIAL CIRCUIT IN
AND FOR DADE COUNTY, FLORIDA

DOMESTIC VIOLENCE DIVISION

GLORICHEL PERFETTO )
Petitioner, )
)
Case No.  06-030532-FC-04
)
v. )
RICHARD DIAMOND )
Respondent. )
)
)

PETITION FOR INJUNCTION
FOR PROTECTION AGAINST
DOMESTIC VIOLENCE

_____)

BEFORE ME, the undersigned authority, personally appeared the Petitioner, **GLORICHEL PERFETTO**, who has been sworn and who states:

1.   Petitioner resides at:   **17650 NW 68 AVENUE A2007, MIAMI, FL 33015-**
     *(DO NOT ENTER IF RESIDENCE TO BE KEPT CONFIDENTIAL, FOR SAFETY.)*

2.   Respondent resides at: **2430 CENTER GATE DR #105 MIRAMAR, FL 33025-**

3.   **Filing Fees:**   Pursuant to section 741.30 Florida Statutes, no filing fees may be assessed.

4.   The name and address of Respondent's last known place of employment or school is:
     **SECURIITY SVCS OF AMERICA,  MIAMI, FL**

5.   Petitioner is employed or attends school at:
     **BROWARD COUNTY SCHOOLS,  FT LAUDERDALE, FL**

     *(DO NOT ENTER IF PLACE OF EMPLOYMENT OR SCHOOL TO BE KEPT CONFIDENTIAL, FOR SAFETY.)*

6.   Physical description of Respondent:

     | | | | |
     |---|---|---|---|
     | Date of birth | **02/24/1973** | Social Security # | **UNKNOWN** |
     | Race | **WHITE** | Sex | **MALE** |
     | Height | **5 ft. 11 in.** | Weight | 170 lbs. |
     | Hair color | **BROWN** | Eye color | **BROWN** |

     Distinguishing marks or scars:   MARINE SYMBOL TATTOO ON CHEST

     Aliases (other names) Respondent uses or has used:   RICKY
     Nickname(s): RICKY

7.   Respondent's vehicle make, model, year, color and tag:
     INFINITY  BLACK  TAG UNKNOWN FX35

8.     Is Respondent in jail? **No**
      Date of Arrest:
      Jail #          Cell #

9.     Respondent is (select only **one** of the following):

      [ ] a.      the spouse of the Petitioner.
      [ ] b.      the former spouse of the Petitioner.
      [ ] c.      any other person related by blood or marriage who currently resides or who has
               resided together in the past with the Petitioner.
               Specify relationship:
      [ ] d.      any other person who is or was residing within a single dwelling unit with the
               Petitioner, as if a family.
               Specify relationship:
      [ X ] e.    a person with whom Petitioner has a child in common, even if the Petitioner and
               Respondent were never married or resided together.

10.    The following describes any other court cases, including family, civil, criminal, dependency or delinquency (juvenile), where the Petitioner and Respondent are involved (include case numbers):

      **06-24212FC04 - 08/23/06 -CUSTODY/VISITATION - CASE PENDING.**

11.    Has the Petitioner ever gotten or tried to get an Injunction for Protection against the Respondent in this or any other court? **No**

      If YES, list case number(s) and what happened in that/those case(s):

12.    Has the Respondent ever gotten or tried to get an Injunction for Protection against Petitioner in this or any other court? **No**

      If YES, list case number(s) and what happened in that/those case(s):

13. Petitioner has suffered or has reasonable cause to fear imminent domestic violence because Respondent has (briefly describe the incidents of violence or threats of violence, including <u>when</u> and <u>where</u> it occurred):

The petitioner is the respondent's former girlfriend and the mother of the couple's one year old child. The petitioner alleges that the following events occurred as described below:

On 10/20/2006, the respondent, without the petitioner's permission, changed the password of the petitioner's voice mail and added call forwarding to the account without the petitioner's authorization. The respondent left a threatening message on the petitioner's phone telling her not to mess with him and will have her arrested. The respondent left threats to place the petitioner's mother in jail and further said that he can access documents from governmental agencies that can mess up her life and that of her family members.

On July 21, 2006, the respondent walked into the petitioner's room uninvited. The petitioner ignored numerous phone calls that the respondent left her earlier. The petitioner lives in a gated community. The petitioner asked the respondent to leave her home, but the respondent refused to leave. The petitioner called the police. The respondent fled before the police could arrive. The case number issued is: PD060721373215.

On July 7, 2006, the respondent walked in unexpectedly at the petitioner's apartment which is located in a gated community and while holding the baby, 11 month old at the time, the respondent said: "Daddy is gonna start killing people soon".

The petitioner fears for her safety at this time, afraid of what the respondent might do next. The petitioner believes that the respondent is capable of carrying out his threats to do harm to her and her family members. The harassment from the respondent, according to the petitioner, has been ongoing since 2004, and is now escalating.

The petitioner is requesting the intervention of the Domestic Violence Court to keep the respondent away from her to prevent further harm and violence. NB.

14. **Petitioner alleges the following additional information:**

a. that the Respondent personally owns, possesses, and/or is known to possess a firearm: **Yes**

If YES, what type(s):
HANDGUN

b. that it is currently required for the Respondent to carry/use a firearm in the capacity of his/her job: **Yes**

c. that the Respondent has a drug problem: **Unknown**

d. that the Respondent has an alcohol problem: **Unknown**

e. that the Respondent has a history of clinically diagnosed mental health problems: **Unknown**

f. Petitioner has known Respondent since (date): MAY 2004

15. **SHARED RESIDENCE**

The Petitioner claims the following about the home that the Petitioner and Respondent share or that Petitioner left because of domestic violence:

a. [ N/A ]    Petitioner needs the exclusive use and possession of the home that the parties share located at:  **17650 NW 68 AVENUE A2007, MIAMI, FL 33015-**

b. [   ]    The home is owned or leased by the Petitioner and Respondent jointly.
   [   ]    The home is solely owned or leased by the Petitioner.
   [   ]    The home is solely owned or leased by the Respondent.
   [   ]    Other:

c. [ N/A ]    Petitioner is unable to obtain safe alternative housing because:

d. [ N/A ]    Petitioner claims that Respondent has the ability to obtain other housing if removed from the residence.

16. **MINOR CHILDREN**

a. [ X ]    Petitioner is the natural parent, adoptive parent, or guardian by court order of the minor child(ren) whose name(s), birthdate(s), and age(s) is/are as listed below:

CHILD(REN)'S NAME / BIRTHDATE

**CHLOE ELIZABETH DIAMOND -  07/28/2005**

b. [ X ]    Petitioner alleges the Respondent is the natural father of the child(ren) whose name(s) and age(s) is/are listed above.

c. [ X ]    The name, place of birth, birthdate, and sex of each child, the present address, periods of residence and places where each child has lived within the past 5 years, and the name, present address and relationship to the child of each person with whom the child has lived during that time are listed on the attached Uniform Child Custody Jurisdiction and Enforcement Act (UCCJEA) Affidavit, incorporated herein by reference.

d. [ N/A ]    The child(ren) is/are currently residing with:

e. [ N/A ]    The current school or day care of the child(ren) is:

Address and Weekly Cost:

**(DO NOT ENTER IF INFORMATION IS TO BE KEPT CONFIDENTIAL.)**

f. [ X ]   Child(ren)'s Health Insurance Information:
**CHLOE ELIZABETH DIAMOND:   PETITIONER pays for monthly cost of health insurance.**

g. [ X ]   Petitioner genuinely fears that Respondent imminentlly will abuse, remove, or hide the minor child(ren) from Petitioner because:

h.   **COMPLETE ONLY IF THE PARTIES WERE NOT MARRIED AT THE TIME OF THE CHILD(REN)'S BIRTH AND PETITIONER ALLEGES <u>HE</u> (THE PETITIONER) IS THE FATHER OF THE CHILDREN:**

[ X ]   The parties were not married at the time the child(ren) listed above were born and Petitioner alleges he (the Petitioner) is the natural father of said children.

[   ]   A judicial determination of paternity has previously been made in case number

[   ]   The Petitioner has consulted with counsel and has freely and voluntarily acknowledged paternity of the minor child(ren).

[   ]   The Petitioner has been advised that he has the right to consult with counsel prior to executing an Acknowledgement of Paternity and has knowingly waived his right to consult with counsel and has freely and voluntarily acknowledged paternity of the minor child(ren).

[   ]   The Petitioner has declined to sign an Acknowledgement of Paternity at this time.

17. [ X ]   Petitioner genuinely fears domestic violence by the Respondent is imminent.

18. [ N/A ]   Petitioner genuinely fears that Respondent imminently will threaten, harass, or harm Petitioner at work or school.

19. [ N/A ]   Petitioner claims that he/she has a need for the money (temporary support) he/she is asking the Court to order Respondent to pay and that Respondent has the ability to pay that money.

20. [ N/A ]   Petitioner is a minor and may need a Guardian Ad Litem to represent him/her in this action.

**WHEREFORE, the Petitioner asks the Court to give an injunction (mark the appropriate section[s]):**

<u>NOTE:</u> **The Court may consider the following "Ex parte" (without notice and hearing).  This relief may be awarded for up to 15 days.**

a. [ X ]    Immediately keeping the Respondent from committing any acts of domestic violence and from having any contact with Petitioner.

b. [ N/A ]   Giving to the Petitioner the temporary exclusive use and possession of the home that the parties share, located at  *17650 NW 68 AVENUE A2007, MIAMI, FL 33015-*   and excluding Respondent from the residence and from any future residence of the Petitioner in the State of Florida.

c. [ X ]    Excluding the Respondent from entering onto the current residential premises of Petitioner, living separately from the Respondent, at *17650 NW 68 AVENUE A2007, MIAMI, FL 33015-*   or wherever Petitioner may reside in the future in the State of Florida.

d. [ X ]    Keeping the Respondent away from the current place of employment or school of the Petitioner located at, *BROWARD COUNTY SCHOOLS,  FT LAUDERDALE, FL* or any future place of employment or school of Petitioner in the State of Florida.

e. [ N/A ]   Keeping the Respondent away from the following places that the Petitioner and/or any named family or household member of Petitioner goes to on a regular basis:

**(IDENTIFY ALL PLACES BY NAME, ADDRESS, AND RELATIONSHIP OF PERSON ON PREMISES TO PETITIONER, IF APPLICABLE.)**

f. [ X ]        Awarding temporary custody of the minor child(ren) of the parties to Petitioner.

g. [ X ]        Ordering such other relief as the Court decides is needed to protect a victim of
                domestic violence, including injunctions or directives to law enforcement
                agencies.

**NOTE:** **The Court may consider the following only with notice and hearing to the Respondent.
These things may be ordered by the Court and remain in effect until modified or dissolved
by the judge at either party's request, after further notice and hearing.**

h. [ X ]        Continuing the relief requested in a - g above until it is modified or dissolved by
                the Court.

i. [ X ]        Setting up visitation rights with the minor child(ren) of the parties or prohibiting or
                limiting visitation to that which is supervised by a third party.

j. [ X ]        Awarding support for the minor child(ren).  **(A Financial Affidavit must be
                completed and filed with this Petition.)**

k. [ N/A ]      Awarding support for the Petitioner.  **(A Financial Affidavit must be completed
                and filed with this Petition.)**

l. [ X ]        Ordering Respondent to go to a certified batterers' intervention program and/or
                other treatment.

m. [ N/A ]      Other:

I UNDERSTAND THAT BY FILING THIS PETITION, I AM ASKING THE COURT TO HOLD A HEARING ON THIS PETITION, THAT BOTH THE RESPONDENT AND I WILL BE NOTIFIED OF, THE HEARING, AND THAT I MUST APPEAR AT HEARING.

I HAVE READ EVERY STATEMENT MADE IN THIS PETITION AND I DECLARE THAT EACH STATEMENT IS TRUE AND CORRECT.  I UNDERSTAND THAT THE STATEMENTS MADE IN THIS PETITION ARE BEING MADE UNDER PENALTY OF PERJURY, PUNISHABLE AS PROVIDED IN SECTION 837.011 FLORIDA STATUTES, AND IF I HAVE MADE A KNOWINGLY FALSE STATEMENT, I MAY BE PROSECUTED..

_____

**Petitioner's Initials**

DATED this **24th** day of **October, 2006.**

_____

Petitioner

Name **GLORICHEL PERFETTO**
Address **17650 NW 68 AVENUE A2007, MIAMI, FL 33015-**
Telephone No. **(305) 824-1157**
*(DO NOT ENTER IF ADDRESS AND PHONE TO BE KEPT CONFIDENTIAL, FOR SAFETY.)*

DVPETIT.RTF
07/08/04

Form -4- / -UCCJEA-

IN THE CIRCUIT COURT OF THE
ELEVENTH JUDICIAL CIRCUIT IN
AND FOR DADE COUNTY, FLORIDA

Case No.   **06-030532-FC-04**   (45)

GLORICHEL PERFETTO
          Petitioner,

v.

RICHARD DIAMOND
          Respondent.

**UNIFORM CHILD CUSTODY
JURISDICTION AND ENFORCEMENT ACT
(UCCJEA) AFFIDAVIT**

1.    The full legal name, place of birth, date of birth, sex and present address of each child (under 18) in this case is:

2.    The places where the child(ren) has/have lived within the last 5 years are:

     **CHLOE ELIZABETH DIAMOND
          SINCE BIRTH:
          17650 N.W. 68 Ave. Apt # A2007  MIAMI, FL 33015-**

3.    The name(s) and present address(es) of persons with whom the child(ren) has/have lived within the last 5 years are:

4.    I do not know of, and have not participated (as a party, witness, or in any other capacity) in, any other court decision, order, modification, or proceeding (including divorce, separate maintenance, child neglect, dependency, or guardianship) concerning the custody, visitation or child support of the child(ren) in this state or any other state, except: [specify case name and number and court's name and address type of proceeding and date of court order or judgment and amount of child support paid and by whom].

     **NOT APPLICABLE**

5.    I do not have information of any pending proceeding (including divorce, separate maintenance, child neglect, dependency, or guardianship) concerning the custody or visitation of the child(ren), in this state or any other state except: [specify case name and number and court's name and address type of proceeding and date of court order or judgment].

     **NOT APPLICABLE**

[ ]      Temporary action by this court is necessary to protect the child(ren) because the child(ren) has/have been subjected to or threatened with mistreatment or abuse or is/are otherwise neglected or dependent.  Attach explanation.

6.     I do not know of any person who is not already a party to this proceeding who has physical custody of, or who claims to have custody or visitation rights with, the child(ren), except: [state name(s) and address(es)].

I acknowledge a continuing duty to advise this court of any custody, visitation, or child support visitation proceeding (including dissolution of marriage, separate maintenance, child neglect, or dependency) concerning the child(ren) in this state or any other state about which information is obtained during this proceeding.

DATED:  **October 24th, 2006**

_Glorichel Perfetto_
Signature of Affiant
Name : **GLORICHEL PERFETTO**
Address: **17650 NW 68 AVENUE A2007, MIAMI, FL 33015-**
Telephone No.: **(305) 824-1157**

Sworn to (or affirmed) and subscribed before me on_____, by_____
                                                                  [date]                      [name]

_____
NOTARY PUBLIC - STATE OF FLORIDA

_____
[Print, type, or stamp commissioned name of notary]

[Check one only]
    [  ]    Personally known
    [  ]    Produced identification   Type of identification produced _____

SWORN TO AND SUBSCRIBED BEFORE ME
this 24th day of **October, 2006.**

Harvey Ruvin, Clerk
Circuit and County Court

_____
Deputy Clerk

## CLERK'S CERTIFICATE OF SERVICE

I hereby certify that a certified copy of this UCCJA Affidavit was delivered to:

[ ✓ ]  Petitioner, _____,
      by [ ✓ ] hand [   ] mail [   ] certified mail
      at _____ AM/PM

[   ]  Petitioner's counsel, _____,
      by [   ] hand [   ] mail [   ] certified mail
      at _____ AM/PM

[ ✓ ]  Respondent, _____,
      by [   ] hand [   ] mail [   ] certified mail
      [ ✓ ] sending it to sheriff for personal service
      at _____ AM/PM

[   ]  Respondent's counsel, _____,
      by [   ] hand [   ] mail [   ] certified mail
      at _____ AM/PM

this **24th** day of **October, 2006.**

Harvey Ruvin, Clerk
Circuit and County Court

Deputy Clerk

UCCJEA.RTF  8/30/04

Form -20A- / -ODIS-

IN THE CIRCUIT COURT FOR THE
ELEVENTH JUDICIAL CIRCUIT IN
AND FOR DADE COUNTY, FLORIDA

**GLORICHEL PERFETTO**
    Petitioner,

[ X ] DOMESTIC VIOLENCE DIVISION
[   ] FAMILY DIVISION

Case No. **06-030532-FC-04**

v.

**RICHARD DIAMOND**
    Respondent.

**ORDER OF DISMISSAL
PURSUANT TO SECTION 741.30
OR 784.046 FLORIDA STATUTES**

*FILED
NOV - 7 2006
CLERK, CIRCUIT & COUNTY COURT*

NOV - 7 2006

THIS CAUSE came to be heard on this _____ day of _____ , _____, on the
[  ] Court's [ ✓ ] Petitioner's [  ] Respondent's motion, and it appearing that:

[  ]   The order entered on the _____ day of _____, _____, has expired
       on the _____ day of _____, _____, it is therefore

[  ]   NO JUST CAUSE: upon hearing, the evidence presented is insufficient under Florida law
       (section 741.30 or 784.046, Florida Statutes) to allow the Court to issue an injunction for
       protection against domestic, repeat, dating or sexual violence, it is therefore

[ ✓ ]   FAILED TO APPEAR: the Petitioner having failed to appear for hearing for a Permanent
       Injunction on the **7th day of  November, 2006, at  09:00 AM**, it is therefore

[  ]   FAILED TO APPEAR: both parties having failed to appear for hearing for a Permanent
       Injunction on the **7th day of  November, 2006, at 09:00 AM**, it is therefore

[  ]   FAILED TO COMPLETE: Petitioner failed or declined to complete application process, it is
       therefore

[  ]   FAILURE TO EFFECT SERVICE: Respondent has not been served, and 120 days have
       passed since the filling of the petition.

    **ORDERED and ADJUDGED** that this cause is hereby DISMISSED with _____ without _____ prejudice.

**Court Costs**.

[   ]   Pursuant to section 741.30(2)(a) and 784.046(3)(b),  Florida Statutes, no filing fees to the Clerk of the Circuit Court or service fees to the sheriff are assessed for a **petition for protection against domestic, repeat, dating, or sexual violence,** due to the statutory prohibition.

**DONE and ORDERED** at Dade County, Florida, this _____ day of _____, _____.

NOV - 7 2006

SIGNED AND DATED

_____
Judge

NOV 14 2006

JUDGE MYRIAM LEHR

**STATE OF FLORIDA, COUNTY OF DADE**
I HEREBY CERTIFY that the foregoing is a true and correct copy of the original on file in this office.
NOV 0 7 2006 AD 20___
**HARVEY RUVIN**, Clerk of Circuit and County Courts

Deputy Clerk

Respondent's Date of Birth: 02/24/1973

Petitioner's Address:
17650 NW 68 AVENUE A2007, MIAMI, FL 33015-

Respondent's Address:
2430 CENTER GATE DR #105 MIRAMAR, FL 33025-

## CLERK'S CERTIFICATE OF SERVICE

I hereby certify that a certified copy of this Order was delivered to:

[ \] ] Petitioner, _____,
by [   ] hand [ \] ] mail [   ] certified mail
at _____ AM/PM

[ \] ] Petitioner's counsel, _____,
by [   ] hand [ \] ] mail [   ] certified mail
at _____ AM/PM

[ \] ] Respondent, _____,
by [   ] hand [ \] ] mail [   ] certified mail
[   ] sending it to sheriff for personal service
at _____ AM/PM

[   ] Respondent's counsel, _____,
by [   ] hand [   ] mail [   ] certified mail
at _____ AM/PM

[   ] Law Enforcement Agency

[   ] Warrants Department

this _____ day of **NOV - 7 2006**_____, ____.

Harvey Ruvin, Clerk
Circuit and County Court

Deputy Clerk

ORDISMIS.RTF
4/25/01

ORDER OF DISMISSAL PURSUANT TO SECTION 741.30 OR 784.046 FLORIDA STATUTES - Case No.: 06030532FC04
Page 3 of 3



**Clerk of Courts**
*11th Judicial Circuit of Florida*
**Miami-Dade County**

## Civil / Family / Probate Justice System Docket Information

**DIAMOND, RICHARD vs PERFETTO, GLOICHEL**
* Click on BOOK/PAGE of a particular docket to see the image if it is available *

**Case Number (LOCAL):**    2006-30687-FC-04        **Filing Date:** 10/26/2006
**Case Number (STATE):**    13-2006-DR-030687-0000-04    **Dockets Retrieved:** 8
                                            **Judicial Section:** 45

| Date | Book/Page | Docket Entry | Comments |
|------|-----------|--------------|----------|
| 11/07/06 | | NOTICE: | OF PET'S VOLUNTARY DISMISSAL WITHOUT PREJUDICE |
| 11/07/06 | | ORDER: | COUNCELING FOR TWO MONTHS ONCE A WEEK |
| 10/30/06 | | SERVICE RETURNED | BADGE # 3810 S 10/27/2006 DN01 ON PETITION FOR INJUNCTION |
| 10/26/06 | | CIVIL COVER | |
| 10/26/06 | | FILED AT NORTH DADE | |
| 10/26/06 | | NOTICE OF HEARING- | SPECIAL APPT 11/07/2006 09:00 AM SC01 |
| 10/26/06 | | PETITION | |
| 10/26/06 | | TEMPORARY INJUNCTION | EXP:11/07/2006 DN01 |

BEGIN NEW SEARCH                 ALL PARTIES                 RETURN TO SAME SEARCH

Home | Online Services | Meet the Clerk | Contact-Us | Miami-Dade County | Privacy Policy | Disclaimer | Troubleshooting
Help | Email | Civil Search Home | Login

http://www.miami-dadeclerk.com/civil/docketinfo.asp?pCase_Year=2006&pCase_Seq=30...   11/8/2006

# EXHIBIT "C"

-TINJ-

# SERVED

DATE _12/04/06_

TIME _3:15 pm_

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

Case No.: **06-03362** PROCESS SERVED _CHS_

DOMESTIC VIOLENCE DIVISION _142_

**ELBA N. PERFETTO**
                                        ,
                              Petitioner,

and

**RICHARD DIAMOND**
                                        ,
                              Respondent.

[ X ]  ORIGINAL ORDER SHERIFF
[  ]  EXTENSION        DADE COUNTY FLORIDA

ISSUED: **11/30/2006** BY S. Brennan D.S.
EXPIRES: **12/15/2006** OR UNTIL THE
FINAL JUDGMENT OF INJUNCTION, 4857
IF ENTERED, IS SERVED ON
RESPONDENT OR OTHERWISE
EXTENDED BY THE COURT.

## TEMPORARY INJUNCTION FOR PROTECTION AGAINST REPEAT VIOLENCE

The Petition for Injunction for Protection Against Repeat Violence under section 784.046, Florida Statutes, and other papers filed in this Court have been reviewed. The Court has jurisdiction of the parties and the subject matter under the laws of Florida. The term "Petitioner" as used in this injunction includes the person on whose behalf this injunction is entered.

**It is intended that this protection order meet the requirements of 18 U.S.C. §2265 and therefore intended that it be accorded full faith and credit by the court of another state or indian tribe and enforced as if it were the order of the enforcing state or indian tribe.**

### NOTICE OF HEARING

Because this Temporary Injunction for Protection Against Repeat Violence has been issued without notice to Respondent, Petitioner and Respondent are instructed that they are scheduled to appear and testify at a **fifteen minute** hearing regarding this matter on **December 11th, 2006**, at **08:45 AM** a.m./p.m., when the Court will consider whether the Court should issue a Final Judgment of Injunction for Protection Against Repeat Violence, which shall remain in effect until modified or dissolved by the Court, and whether other things should be ordered. The hearing will be before The Honorable **ROSA** Figarola **RODRIGUEZ**, at **CourtHouse Center 175 NW 1st Avenue Miami, FL 33128-0000 Room: 23-b.** If Petitioner and/or Respondent do not appear, this temporary injunction may be continued in force, extended, or dismissed, and/or additional orders may be granted.

All witnesses and evidence, if any, must be presented at this time.  In cases where temporary support issues have been alleged in the pleadings, each party is ordered to bring his or her financial affidavit, tax return, pay stubs, and other evidence of financial income to the hearing. Children are not permitted to testify unless a motion is filed pursuant to Fla.Fam.L.R.P.12.407, and an order allowing the testimony is granted prior to the hearing.

NOTICE:  Because this is a civil case, there is no requirement that these proceedings be transcribed at public expense.  YOU ARE ADVISED THAT IN THIS COURT: Only Injunctions for Protection Against Domestic Violence Cases, filed pursuant to section 741.30 Florida Statutes, will be electronically recorded by the court. If your case is filed pursuant to chapter 784 (Repeat, Dating, or Sexual Violence), no

Florida Family Law Form 12.980(l), Temporary Injunction for Protection Against Repeat Violence (2/98) Case No.: 06033623FC04

Page 1 of 7

recording is required to be made by the court. You may arrange in advance, at your own expense, for a court reporter to appear at the hearing. In all cases which have been recorded, or where a court reporter has been present, a transcript of the proceedings may be requested and prepared, at your own expense.

A RECORD, WHICH INCLUDES A TRANSCRIPT, MAY BE REQUIRED TO SUPPORT AN APPEAL. THE PARTY SEEKING THE APPEAL IS RESPONSIBLE FOR HAVING THE TRANSCRIPT PREPARED BY A COURT REPORTER. THE TRANSCRIPT MUST BE FILED WITH THE REVIEWING COURT OR THE APPEAL MAY BE DENIED.

If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the Miami-Dade County Court's ADA Coordinator at 73 West Flagler Street, Room 1600, Miami, FL 33130, telephone numbers (305) 349-7175 for voice or (305) 349-7174 for TDD and (305) 349-7011 for fax, within 2 working days of your receipt of this temporary injunction. If you are hearing or voice impaired, you may also call TDD 1-800-955-8771, for the Florida Relay Service.

### FINDINGS

The statements made under oath by Petitioner make it appear that section 784.046, Florida Statutes, applies to the parties, that Petitioner is a victim of repeat violence, an immediate and present danger of repeat violence exists to Petitioner or to a member of Petitioner's immediate family, unless this injunction is issued without notice.

### TEMPORARY INJUNCTION AND TERMS

**This injunction shall be effective until the hearing set above, or until Final Judgment of Injunction, if entered, is served on Respondent or otherwise extended by the Court. THIS INJUNCTION IS VALID AND ENFORCEABLE IN ALL COUNTIES OF THE STATE OF FLORIDA. The terms of this injunction may not be changed by either party alone or by both parties together. Only the Court may modify the terms of this injunction. Either party may ask the Court to change or end this injunction.**

**Willful violation of the terms of this injunction, such as refusing to vacate the dwelling that the parties share, going to Petitioner's residence, place of employment, school, or other place prohibited in this injunction, telephoning, contacting, or communicating with Petitioner, if prohibited by this injunction, or committing an act of violence against Petitioner constitutes a misdemeanor of the first degree punishable by up to one year in jail, as provided by sections 775.082 and 775.083, Florida Statutes.**

**Any party violating this injunction may be subject to civil or indirect criminal contempt proceedings, including the imposition of a fine or imprisonment, and also may be charged with a crime punishable by a fine, jail, or both, as provided by Florida Statutes.**

**ORDERED and ADJUDGED:**

1.    **Violence Prohibited.** Respondent shall not commit, or cause any other person to commit, any acts of violence against Petitioner, including assault, battery, sexual battery, or stalking. Respondent shall not commit any other violation of the injunction through an intentional unlawful threat, word, or act to do violence to the Petitioner.

2.    **No Contact. Respondent shall have no contact with Petitioner unless otherwise provided in this section.**

Florida Family Law Form 12.980(l), Temporary Injunction for Protection Against Repeat Violence (2/98) Case No.: 06033623FC04

Page 2 of 7

a.   Unless otherwise provided herein, Respondent shall have no contact with Petitioner. Respondent shall not directly or indirectly contact Petitioner in person, by mail, e-mail, fax, telephone, through another person, or in any other manner.   Further, Respondent shall not contact or have any third party contact anyone connected with Petitioner's employment or school to inquire about Petitioner or to send any messages to Petitioner. Unless otherwise provided herein, **Respondent shall not go to, in, or within 500 feet of:** Petitioner's current residence **17650 NW 68 AVENUE APT#A-2007, MIAMI, FL 33015-**   or any residence to which Petitioner may move; Petitioner's current or any subsequent place of employment or place where Petitioner attends school **RETIRED,   MIAMI, FL;** or the following other places (if requested by Petitioner) where Petitioner or Petitioner's minor child(ren)go often:
 **MARTHA LOPEZ, FRIEND**
         **17650 NW 68 AVENUE,  APT#A-1008, MIAMI, FL 33015-**


[Initial if applies; Write N/A **if not** applicable]
     b.  Respondent may not knowingly come within 100 feet of Petitioner's automobile at any time.

     c.  Other provisions regarding contact:
_____
_____
_____

d.  **Exceptions for court-related contact.** When scheduled for court appearances, the parties may both appear in court at the same time, but respondent shall not speak to, gesture at, or otherwise verbally or non-verbally communicate with or have any contact with petitioner unless expressly authorized to do so by the judge. Service of properly filed non-harassing papers, by counsel, by process server, or by mail, will not constitute a violation of this order. The parties must obtain approval from the court before scheduling or attending any deposition or meeting which will require attendance by both parties. Each party may, but is not required to, communicate with  the other party's attorney, if applicable, but not in the other party's presence.

e.  Petitioner and Respondent are employed by the same employer, work at the same physical location, or attend the same school. Accordingly, the following restrictions shall apply:
_____
_____
_____
_____

3.     **Firearms.**
[Initial **all** that apply; write N/A **if does not** apply]

     a.  Respondent shall not use or possess a firearm or ammunition.

     b. Respondent shall surrender any firearms and ammunition in the Respondent's possession to the nearest police department to his/her home until further order of the court.

     c. Other directives relating to firearms and ammunition: The Respondent shall bring a receipt of surrender  to the final hearing.
_____
_____
_____
_____

Florida Family Law Form 12.980(I), Temporary Injunction for Protection Against Repeat Violence (2/98) Case No.: 06033623FC04

Page 3 of 7

4.   **Mailing Address.** Respondent shall notify the Clerk of the Court of any change in his or her mailing address within ten (10) days of the change. All further papers (excluding the final injunction, if entered without Respondent's being present at the hearing, and pleadings requiring personal service) shall be served by mail to Respondent's last known address. Such service by mail shall be complete upon mailing. Rule 12.080, Fla. Fam. L. R. P., section 784.046, Florida Statutes.

5.   Additional order(s) necessary to protect Petitioner from repeat violence:

( ) Petitioner ( ) Respondent is awarded the exclusive use and occupancy of the home which the parties share, although not as if a family. Respondent shall immediately leave said home, located at **17650 NW 68 AVENUE APT#A-2007, MIAMI, FL 33015-** and Respondent is further ordered not to enter onto the residential premises of Petitioner, wherever located in the State of Florida.

( ) Petitioner ( ) Respondent, **in the presence of a law enforcement officer,** may make a single visit to the premises described in the paragraph above for the purposes of obtaining his or her clothing and items of personal health and hygiene and tools of the trade. A law enforcement officer with jurisdiction over the home from which these items are to be retrieved shall accompany ( ) Petitioner ( ) Respondent to the home and must stand by while he/she takes his/her personal items. The law enforcement agency shall not be responsible for storing or transporting any property. **IF THE RESPONDENT IS NOT AWARDED POSSESSION OF THE HOME AND GOES TO THE HOME WITHOUT A LAW ENFORCEMENT OFFICER, IT IS A VIOLATION OF THIS INJUNCTION.**

Florida Family Law Form 12.980(l), Temporary Injunction for Protection Against Repeat Violence (2/98) Case No.: 06033623FC04

Page 4 of 7

## OTHER SPECIAL PROVISIONS

1.      ANY VIOLATION OF THIS INJUNCTION, WHETHER OR NOT AT THE INVITATION OF THE PETITIONER OR ANYONE ELSE, MAY SUBJECT THE RESPONDENT TO CRIMINAL PROSECUTION OR CONTEMPT OF COURT.  THE PARTIES CANNOT AMEND THE INJUNCTION THEMSELVES EITHER VERBALLY, IN WRITING, OR BY INVITATION TO THE RESIDENCE OR SOME OTHER PLACE. MODIFICATIONS ARE ONLY VALID AND ENFORCEABLE AFTER HEARING AND WRITTEN COURT ORDER. <u>EITHER PARTY MAY REQUEST THE COURT TO CHANGE OR END THIS INJUNCTION AT ANY TIME.</u> SHOULD YOU DESIRE ANY CHANGES TO THIS INJUNCTION, PUT YOUR REQUEST IN WRITING AND FILE IT WITH THE DOMESTIC VIOLENCE CLERK'S OFFICE WHERE THE INJUNCTION WAS ISSUED.  FOR FURTHER INFORMATION, CALL (305) 275-1155. A HEARING WILL BE SCHEDULED WITHIN FIVE (5) DAYS OF YOUR REQUEST.

2.      THE COURT MAY GRANT A CONTINUANCE BEFORE OR DURING A HEARING ON THIS MATTER UPON A SHOWING OF GOOD CAUSE BY EITHER PARTY, WHICH INCLUDES A CONTINUANCE TO OBTAIN SERVICE OF PROCESS.  ANY INJUNCTION SHALL BE EXTENDED, IF NECESSARY, TO REMAIN IN FULL FORCE AND EFFECT DURING ANY PERIOD OF CONTINUANCE.

3.      EACH PARTY IS DIRECTED TO IMMEDIATELY ADVISE THE CLERK OF THE COURT, DOMESTIC VIOLENCE DIVISION, IN WRITING, AT THE LOCATION WHERE THE CASE IS PENDING, OF ANY CHANGE OF ADDRESS. FAILURE TO COMPLY MAY JEOPARDIZE YOUR RIGHTS.

4.      IT IS A FEDERAL CRIMINAL FELONY OFFENSE TO CROSS STATE LINES OR ENTER INDIAN COUNTRY FOR THE PURPOSE OF ENGAGING IN CONDUCT THAT IS PROHIBITED IN THIS INJUNCTION.  18 U.S.C. §2262.  THE CRIMINAL PENALTY FOR VIOLATING THIS SECTION IS INCARCERATION OF UP TO LIFE IMPRISONMENT, DEPENDING ON THE NATURE OF THE VIOLATION.

5.      REPORTING ALLEGED VIOLATIONS.  IF RESPONDENT VIOLATES THE TERMS OF THIS INJUNCTION AND THERE HAS NOT BEEN AN ARREST, PETITIONER MAY CONTACT THE CLERK OF THE CIRCUIT COURT OF THE COUNTY IN WHICH THE VIOLATION OCCURRED AND COMPLETE AN AFFIDAVIT OUTLINING THE VIOLATION; OR PETITIONER MAY CONTACT THE STATE ATTORNEY'S OFFICE FOR ASSISTANCE IN FILING AN ACTION FOR INDIRECT CRIMINAL CONTEMPT.  UPON RECEIVING SUCH A REPORT, THE STATE ATTORNEY IS HEREBY APPOINTED TO PROSECUTE SUCH VIOLATIONS BY INDIRECT CRIMINAL CONTEMPT PROCEEDINGS, OR THE STATE ATTORNEY MAY DECIDED TO FILE A CRIMINAL CHARGE, IF WARRANTED BY THE EVIDENCE.

6.      RESPONDENT, UPON SERVICE OF THIS INJUNCTION, SHALL BE DEEMED TO HAVE KNOWLEDGE OF AND TO BE BOUND BY ALL MATTERS OCCURRING AT THE FINAL HEARING AND ON THE FACE OF THIS INJUNCTION, REGARDLESS OF WHETHER RESPONDENT APPEARS AT THE HEARING.

7.      RESPONDENT IS ON NOTICE THAT VIOLATIONS AFTER THE EXPIRATION DATE ON THE FRONT OF THIS TEMPORARY INJUNCTION MAY BE CRIMINAL VIOLATIONS IF A PERMANENT/FINAL INJUNCTION FOR PROTECTION IS ENTERED AT THE FINAL HEARING.

Florida Family Law Form 12.980(I), Temporary Injunction for Protection Against Repeat Violence (2/98) Case No.: 06033623FC04

Page 5 of 7

**DIRECTIONS TO LAW ENFORCEMENT OFFICERS IN ENFORCING THIS INJUNCTION**
*(Provisions in this injunction that do not include a line for the judge to either initial or write N/A are
considered mandatory provisions and should be interpreted to be part of this injunction.)*

1.  The Sheriff of Miami-Dade County, or any other authorized law enforcement officer, is ordered to
    serve this temporary injunction upon Respondent as soon as possible after its issuance.

2.  **This injunction is valid in all counties of the State of Florida.** Violation of this injunction
    should be reported to the appropriate law enforcement agency. Law enforcement officers of the
    jurisdiction in which a violation of this injunction occurs shall enforce the provisions of this
    injunction and are authorized to arrest without a warrant pursuant to section 901.15, Florida
    Statutes, for any violation of its provisions which constitutes a criminal act under section 784.047,
    Florida Statutes.

3.  Should any Florida law enforcement officer having jurisdiction have probable cause to believe that
    Respondent has knowingly violated this injunction, the officer should arrest Respondent, confine
    him/her in the county jail without bail, and shall bring him/her before the Initial Appearance (Bond
    Hearing) Judge on the next regular court day so that Respondent can be dealt with according to
    law.  The arresting agent shall notify the State Attorney's Office immediately after arrest.  THIS
    INJUNCTION IS ENFORCEABLE IN ALL COUNTIES OF FLORIDA AND LAW ENFORCEMENT
    OFFICERS MAY EFFECT ARRESTS PURSUANT TO SECTION 901.15(6), FLORIDA
    STATUTES.

4.  This temporary injunction is extended until such time as service of the final injunction, if entered,
    is made upon respondent.

ORDERED on this **30th day of November, 2006**, at _____ a.m/p.m.

_____
CIRCUIT JUDGE
JUDGE BONNIE L. RIPPINGILLE

STATE OF FLORIDA, COUNTY OF DADE
I HEREBY CERTIFY that the foregoing is a true and correct copy of the
original on file in this office. 12-4-06 AD 20____
HARVEY RUVIN, Clerk of Circuit and County Courts
Deputy Clerk _____

**NAME OF RESPONDENT: RICHARD DIAMOND**

Physical description of Respondent:

| | | | |
|---|---|---|---|
| Date of Birth | **UNKNOWN** | Social Security # | **UNKNOWN** |
| Race | **WHITE** | Sex | **MALE** |
| Height | **6 ft. 0 in.** | Weight | **180** |
| Hair Color | **BROWN** | Eye Color | **BROWN** |

Distinguishing marks or scars: **TATTOO ON BOTH ARMS**

Aliases (other names) Respondent uses or has used:
Nickname(s): **RICKY**

Vehicle information:

| | | | |
|---|---|---|---|
| Make | **INFINITY** | Color | **BLACK** |
| Model | | Tag | **UNKNOWN** |

ATTACH PHOTO, IF AVAILABLE

COPIES TO:
Sheriff of Miami-Dade County ___/
Petitioner: ___ by U. S. Mail __√__ by hand delivery
Respondent: _√_ forwarded to sheriff for service ___ by U.S. Mail ___ by hand delivery
___    State Attorney's Office
___    Other:_____
___    Petitioner's Attorney: ___    by U.S. Mail
                            ___    by hand delivery
        Respondent's Attorney: ___    by U.S. Mail
                            ___    by hand delivery

    I CERTIFY the foregoing is a true copy of the original as it appears on file in the office of the Clerk of the Circuit Court of Miami-Dade County, Florida, and that I have furnished copies of this order as indicated above.

CLERK OF THE CIRCUIT COURT

By: _____
        Deputy Clerk

Form -5A-
RVTEMP.RTF
10/19/03

Florida Family Law Form 12.980(l), Temporary Injunction for Protection Against Repeat Violence (2/98) Case No.: 06033623FC04

Page 7 of 7

Form -4A- / -PETI-

IN THE CIRCUIT COURT OF THE
ELEVENTH JUDICIAL CIRCUIT IN
AND FOR DADE COUNTY, FLORIDA

ELBA N. PERFETTO
      Petitioner,

v.

RICHARD DIAMOND
      Respondent.

)
)
)
)
)
)
)
)
)
)
)

[ X ] DOMESTIC VIOLENCE DIVISION
[   ] FAMILY DIVISION

Case No.  **06-033623-FC-04**

**PETITION FOR INJUNCTION
FOR PROTECTION AGAINST
REPEAT VIOLENCE**

BEFORE ME, the undersigned authority, personally appeared the Petitioner,  ELBA N. PERFETTO
, who has been sworn and who states:

1.    Petitioner resides at:    **17650 NW 68 AVENUE APT#A-2007, MIAMI, FL 33015-**

2.    Respondent resides at: **2430 CENTER GATE DRIVE APT#105 MIRAMAR, FL 33025-**

3.    **Filing fees:** Pursuant to section 784.046(3)(b) Florida Statutes, no filing fees may be assessed.

4.    The name and address of Respondent's last known place of employment or school is:
    **SECURITY SERVICES OF AMER, 782 NW LEJEUNE ROAD,  #429, MIAMI, FL 33126-**

5.    Petitioner is employed or attends school at:
    **RETIRED,  MIAMI, FL**

    *(DO NOT ENTER IF PLACE OF EMPLOYMENT OR SCHOOL TO BE KEPT CONFIDENTIAL,
    FOR SAFETY.)*

6.    Physical description of Respondent:

| | | | |
|---|---|---|---|
| Date of birth | **UNKNOWN** | Social Security # | **UNKNOWN** |
| Race | **WHITE** | Sex | **MALE** |
| Height | **6 ft. 0 in.** | Weight | 180 **lbs.** |
| Hair color | **BROWN** | Eye color | **BROWN** |

    Distinguishing marks or scars:     TATTOO ON BOTH ARMS

    Aliases (other names) Respondent uses or has used:
    Nickname(s): RICKY

7.    Respondent's vehicle make, model, year, color and tag:
    INFINITY  BLACK **TAG** UNKNOWN

8.    Is Respondent in jail? **No**
    Date of Arrest:
    Jail #       Cell #

9. The following describes any other court cases, including family, civil, criminal, dependency or delinquency (juvenile), where the Petitioner and Respondent are involved (include case numbers):

10. Has the Petitioner ever gotten or tried to get an Injunction for Protection against the Respondent in this or any other court? **No**

 If YES, list case number(s) and what happened in that/those case(s):

11. Has the Respondent ever gotten or tried to get an Injunction for Protection against Petitioner in this or any other court? **No**

 If YES, list case number(s) and what happened in that/those case(s):

12. Respondent has directed at least ONE (1) incident of stalking or TWO (2) incidents of violence as defined by §784.046 Florida Statutes at Petitioner or a member of Petitioner's immediate family. One of these two (2) incidents of violence has occurred within six (6) months of the date of filing of this Petition and are described as follows:

 The petitioner states the respondent is her granddaughter's father whom has never lived with her. On November 28, 2006 the respondent entered the petitioner's home without permission and took her daughter's documents. The police were called and report was filed.

 The petitioner adds within the past year the respondent has entered her home when he wanted without invitation. The petitioner has changed her door locks on several occasions.   Within the past year the respondent has also called the petitioner and threatened her by stating " I will have you and your daughter arrested".  This has caused the petitioner to suffer distress.

 The petitioner is under a lot of stress due to the respondent's behavior.  Therefore, she is seeking the intervention and protection from the court to keep the respondent away from her and her family. (VC)

13. **Petitioner alleges the following additional information:**

 a. that the Respondent personally owns, possesses, and/or is known to possess a firearm:      **Yes**

  If YES, what type(s):
  HANDGUN

 b. that it is currently required for the Respondent to carry/use a firearm in the capacity of his/her job: **Yes**

 c. that the Respondent has a drug problem: **Unknown**

 d. that the Respondent has an alcohol problem: **Unknown**

 e. that the Respondent has a history of clinically diagnosed mental health problems: **Unknown**

 f. Petitioner has known Respondent since (date): 2004

PETITION FOR INJUNCTION FOR PROTECTION AGAINST REPEAT VIOLENCE - Case No.: 06033623FC04

14.     **SHARED RESIDENCE**

The Petitioner claims the following about the home that the Petitioner and Respondent share(d), although not as if a family, or that Petitioner left because of acts of violence:

a. [ N/A ]     Petitioner needs the exclusive use and possession of the home that the parties share(d) (although not as if a family) located at: **17650 NW 68 AVENUE APT#A-2007, MIAMI, FL 33015-**

b. [   ]     The home is owned or leased by the Petitioner and Respondent jointly.
[   ]     The home is solely owned or leased by the Petitioner.
[   ]     The home is solely owned or leased by the Respondent.
[   ]     Other:

c. [ N/A ]     Petitioner is unable to obtain safe alternative housing because:

d. [ N/A ]     Petitioner claims that Respondent has the ability to obtain other housing if removed from the residence.

15. [ X ]     Petitioner genuinely fears violence by the Respondent.

16. [ N/A ]     Petitioner genuinely fears that Respondent will threaten, harass, or harm Petitioner at work or school.

17. [ N/A ]     Petitioner is a minor and may need a Guardian Ad Litem to represent him/her in this action.

**WHEREFORE, the Petitioner asks the Court to give an injunction (mark the appropriate section[s]):**

**NOTE:** **The Court may consider the following "Ex parte" (without notice and hearing). This relief may be awarded for up to 15 days.**

a. [ X ]     Immediately keeping the Respondent from committing any acts of violence and from having any contact with Petitioner.

b. [ N/A ]     Giving to the Petitioner the temporary exclusive use and possession of the home that the parties share, although not as if a family, located at **17650 NW 68 AVENUE APT#A-2007, MIAMI, FL 33015-**   and excluding Respondent from the residence and from any future residence of the Petitioner in the State of Florida.

c. [ X ]     Excluding the Respondent from entering onto the current residential premises of Petitioner, living separately from the Respondent, at **17650 NW 68 AVENUE APT#A-2007, MIAMI, FL 33015-**   or wherever Petitioner may reside in the future in the State of Florida.

d. [ X ]     Keeping the Respondent away from the current place of employment or school of the Petitioner located at, **RETIRED,  MIAMI, FL** or any future place of employment or school of Petitioner in the State of Florida.

e. [ X ]     Keeping the Respondent away from the following places that the Petitioner and/or any named family or household member of Petitioner goes to on a regular basis:

*(IDENTIFY ALL PLACES BY NAME, ADDRESS, AND RELATIONSHIP OF PERSON ON PREMISES TO PETITIONER, IF APPLICABLE.)*

**MARTHA LOPEZ, FRIEND**
**17650 NW 68 AVENUE, APT#A-1008, MIAMI, FL 33015-**

f. [ X ]   Ordering such other relief as the Court decides is needed to protect a victim of violence, including injunctions or directives to law enforcement agencies.

**NOTE:** **The Court may consider the following only with notice and hearing to the Respondent. These things may be ordered by the Court and remain in effect until modified or dissolved by the judge at either party's request, after further notice and hearing.**

g. [ X ]   Continuing the relief requested in a - f above, until modified or dissolved by the Court.

h. [ X ]   Ordering Respondent to go to a batterers' intervention program and/or other treatment.

i. [ N/A ]   Other:

I UNDERSTAND THAT BY FILING THIS PETITION, I AM ASKING THE COURT TO HOLD A HEARING ON THIS PETITION, THAT BOTH THE RESPONDENT AND I WILL BE NOTIFIED OF, THE HEARING, AND THAT I MUST APPEAR AT HEARING.

I HAVE READ EVERY STATEMENT MADE IN THIS PETITION AND I DECLARE THAT EACH STATEMENT IS TRUE AND CORRECT.  I UNDERSTAND THAT THE STATEMENTS MADE IN THIS PETITION ARE BEING MADE UNDER PENALTY OF PERJURY, PUNISHABLE AS PROVIDED IN SECTION 837.011 FLORIDA STATUTES, AND IF I HAVE MADE A KNOWINGLY FALSE STATEMENT, I MAY BE PROSECUTED..

_____
Petitioner's Initials

DATED this 30th day of **November , 2006.**

_____
Petitioner

Name **ELBA N. PERFETTO**
Address **17650 NW 68 AVENUE APT#A-2007, MIAMI, FL 33015-**
Telephone No. **(305) 409-7868**
*(DO NOT ENTER IF ADDRESS AND PHONE TO BE KEPT CONFIDENTIAL, FOR SAFETY.)*

**UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE**

RVPETIT.RTF
9/19/03

Form -5-

## MDPD CIVIL PROCESS BUREAU
## RESPONDENT'S DESCRIPTION SHEET- DOMESTIC VIOLENCE

===================================================================

**Case Number** 06-033623-FC-04   **Petitioner's Name:** ELBA N. PERFETTO

**SERVED**

===================================================================

**Respondent's Name:** RICHARD DIAMOND
**Nickname/Alias:** RICKY
**Home Address:** 2430 CENTER GATE DRIVE APT#105
City/State/Zip: MIRAMAR, FL 33025-    County: BROWARD
**Name of Complex:**
**Best Time to Serve:** (When is Respondent there?) AFTER 7PM
**Home Phone Number:** (305) 332-5161
**Other Address:**
City/State/Zip: MIAMI, FL
**Name of Complex:**
**Best Time to Serve at other Address:**

DATE _____
TIME _____
ADDRESS SERVED _____

SHERIFF OF DADE COUNTY
DADE COUNTY FLORIDA

BY _____ U.S.
BADGE No. _____

===================================================================

**Name of Employer/Business:** SECURITY SERVICES OF AMER
**Address:** 782 NW LEJEUNE ROAD #429
City/State/Zip: MIAMI, FL 33126-   County DADE
**Name of Building:**
**Respondent's Work Phone Number:** (305) 446-2469
**Days off at Work:** FRIDAYS
**Best Time to Serve:** (When is Respondent there?)

===================================================================

**RESPONDENT'S PHYSICAL DESCRIPTION**
**Sex:** MALE          **DOB:** UNKNOWN       **Age:**
**Race:** WHITE
**Height:** 6 ft. 0 in.     **Weight:** 180 lbs.    **Hair:** BROWN  **Eyes:** BROWN
**Scars (Tattoo/Mustache/Goldtooth/etc):** TATTOO ON BOTH ARMS
**Social Security #:** UNKNOWN

===================================================================

**Weapons:** Yes  **Job Related Weapon:** Yes
**Describe:** HANDGUN

===================================================================

**VEHICLE (Car/Truck) INFORMATION**  **Make:** INFINITY
**Model:**
**Color:** BLACK    **Tag:** UNKNOWN

===================================================================

**JAIL INFORMATION**
**Currently in Jail Now?** No          **Date Arrested:**
**If Known: Facility  Jail #  Cell #**

===================================================================

***DO NOT COMPLETE IF CONFIDENTIAL***
**Phone Number for Petitioner:** (Home) (305) 409-7868     (Work) (305)   -
**Alternate Contact Number:** (305)   -     **Contact Person:**
**Relation:**

===================================================================

NOTE: Sheriff Officers can contact the Domestic Violence Intake Unit at (305) 349-5888 between the
Hours of 8:00 A.M. - 5:00 P.M. for additional information.

SHERIFF'S DEPARMENT - RESPONDENT DESCRIPTION SHEET - Case No.: 06033623FC04

Page 1 of 2

-PINJ-

```
                                        FILED
                                     DEC 1 1 2006
                                     HARVEY RUVIN
                                         CLERK
```

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT,
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

Case No.: 06-033623-FC-04
[ X ] DOMESTIC VIOLENCE DIVISION
[   ] FAMILY DIVISION MIAMI-DADE POLICE DEPARTMENT
                        COURT LIASION UNIT

**ELBA N. PERFETTO**

Petitioner,

Personally Served _RICHARD DIAMON_
at the _CHC 23 B LOBBY_
Date _12-11-06_ Time _1033_
Deputy _F. ARMAND_
Badge # _162_

~~and~~

**RICHARD DIAMOND**

Respondent.

**FINAL JUDGMENT OF INJUNCTION**
**FOR PROTECTION AGAINST REPEAT VIOLENCE (AFTER NOTICE)**

The Petition for Injunction for Protection Against Repeat Violence under section 784.046, Florida Statutes, and other papers filed in this Court have been reviewed. The Court has jurisdiction of the parties and the subject matter. The term "Petitioner" as used in this injunction includes the person on whose behalf this injunction is entered.

**It is intended that this protection order meet the requirements of 18 U.S.C. §2265 and therefore intended that it be accorded full faith and credit by the court of another state or Indian tribe and enforced as if it were the order of the enforcing state or Indian tribe.**

**HEARING**

This cause came before the Court for a hearing to determine whether an Injunction for Protection Against Repeat Violence in this case should be ( ✓ )issued ( ) modified ( ) extended.

The hearing was attended by   ( ✓ Petitioner      ( ✓ Respondent
                              ( ) Petitioner's Counsel ( ✓ Respondent's Counsel

**FINDINGS**

On _12-4-06_ , a notice of this hearing was served on Respondent together with a copy of Petitioner's petition to this Court and the temporary injunction, if issued. Service was within the time required by Florida law, and Respondent was afforded an opportunity to be heard.

After hearing the testimony of each party present and of any witnesses, or upon consent of Respondent, the Court finds, based on the specific facts of this case, that Petitioner is a victim of repeat violence.

**INJUNCTION AND TERMS**

This injunction shall be in full force and effect until ( _December 11, 2008_ , or ( ) until further order of the Court. **THIS INJUNCTION IS VALID AND ENFORCEABLE IN ALL COUNTIES OF THE STATE OF FLORIDA.** The terms of this injunction may not be changed by either party alone or by both parties together. Only the Court may modify the terms of this injunction. Either party may ask the Court to change or end this injunction at any time.

**Willful violation of the terms of this injunction, such as refusing to vacate the dwelling that the**

Florida Family Law Form 12.980(m), Final Judgment for Protection Against Repeat Violence (After Notice) (2/98) Case No.: 06033623FC04

Page 1 of 8

parties share, going to Petitioner's residence, place of employment, school, or other place prohibited in this injunction, telephoning, contacting, or communicating with Petitioner, if prohibited by this injunction, or committing any act of violence against Petitioner constitutes a misdemeanor of the first degree punishable by up to one year in jail, as provided by sections 775.082 and 775.083, Florida Statutes.

Any party violating this injunction may be subject to civil or indirect criminal contempt proceedings, including the imposition of a fine or imprisonment, and also may be charged with a crime punishable by a fine, jail, or both, as provided by Florida Statutes.

**ORDERED and ADJUDGED:**

1.  **Violence Prohibited.** Respondent shall not commit, or cause any other person to commit, any acts of violence against Petitioner including assault, battery, sexual battery, or stalking. Respondent shall not commit any other violation of the injunction through an intentional unlawful threat, word or act to do violence to Petitioner.

2.  **No Contact. Respondent shall have no contact with Petitioner unless otherwise provided in this section.**

    a.  Unless otherwise provided herein, Respondent shall have no contact with Petitioner. Respondent shall not directly or indirectly contact Petitioner in person, by mail, e-mail, fax, telephone, through another person, or in any other manner. Further, Respondent shall not contact or have any third party contact anyone connected with Petitioner's employment or school to inquire about Petitioner or to send any messages to Petitioner. Unless otherwise provided herein, **Respondent shall not go to, in, or within 500 feet of:** Petitioner's current residence **17650 NW 68 AVENUE APT#A-2007, MIAMI, FL 33015-** or any residence to which Petitioner may move; Petitioner's current or any subsequent place of employment or where Petitioner attends school **RETIRED, MIAMI, FL;** or the following other places (if requested by Petitioner) where Petitioner or Petitioner's minor child(ren) go often:
    **MARTHA LOPEZ, FRIEND**
    **17650 NW 68 AVENUE, APT#A-1008, MIAMI, FL 33015-**

    [Initial if applies; Write N/A If not applicable]
    
    b.  Respondent may not knowingly come within 100 feet of Petitioner's automobile at any time.

    c.  Other provisions regarding contact: 

    _____
    _____

    d.  **Exceptions for court-related contact.** When scheduled for court appearances, the parties may both appear in court at the same time, but respondent shall not speak to, gesture at, or otherwise verbally or non-verbally communicate with or have any contact with petitioner unless expressly authorized to do so by the judge. Service of properly filed non-harassing papers, by counsel, by process server, or by mail, will not constitute a violation of this order. The parties must obtain approval from the court before scheduling or attending any deposition or meeting which will require attendance by both parties. Each party may, but is not required to, communicate with the other party's attorney, if applicable, but not in the other party's presence.

    e.  Petitioner and Respondent are employed by the same employer, work at the same physical location, or attend the same school. Accordingly, the following restrictions shall apply: _____

3.      **Firearms.**
[Initial if applies; Write N/A if not applicable]

a. Respondent shall not use or possess a firearm or ammunition.

b. Respondent shall surrender any firearms and ammunition in the Respondent's possession to the nearest police department to his/her home and obtain a receipt of surrender.

c. Other directives relating to firearms and ammunition: Alternatively, Respondent may sell or transfer said firearms and ammunition to a qualified third party, pursuant to 18 U.S.C. §922(d)(8) & (9), immediately upon service of this injunction. The Respondent must file a notarized receipt with the Clerk bearing the name, address, and signature of the third party. The receipt must state the following: "The purchaser/transferee  agrees  not to return or sell back the firearms and ammunition evidenced by this Bill of Sale to {insert Resp. name}.                                          "

**The Respondent shall bring the receipt of surrender, transfer, or sale to the Clerk's Office at the location where this case was heard, within 24 hours of service of this injunction, for filing in the court file. Failure to supply this evidence may result in a contempt proceeding.**

4.      **Court Costs.** Pursuant to section 784.046(3)(b), Florida Statutes, no filing fees may be assessed.

5.      **Mailing Address.** Respondent shall notify the Clerk of the Court of any change in his or her mailing address within ten (10) days of the change. All further papers (excluding the final injunction, if entered without Respondent's being present at the hearing, and pleadings requiring personal service) shall be served by mail to Respondent's last known address. Such service by mail shall be complete upon mailing. Rule 12.080, Fla. Fam. L. R. P., section 784.046, Florida Statutes.

6.      **Additional order(s) necessary to protect Petitioner from repeat violence:**

( ) Petitioner ( ) Respondent is awarded the exclusive use and occupancy of the home which the parties share, although not as if a family. Respondent shall immediately leave said home, located at 17650 NW 68 AVENUE APT#A-2007, MIAMI, FL 33015-  and Respondent is further ordered not to enter onto the residential premises of Petitioner, wherever located in the State of Florida.

( ) Petitioner ( ) Respondent, in the presence of a law enforcement officer, may return to the premises described above on _____ at _____ a.m./p.m., accompanied by a law enforcement officer only, for the purposes of obtaining his or her clothing and items of personal health and hygiene and tools of the trade. A law enforcement officer with jurisdiction over the premises shall go with ( ) Petitioner ( ) Respondent to the home and must stand by. The law enforcement agency shall not be responsible for storing or transporting any property. IF THE RESPONDENT IS NOT AWARDED POSSESSION OF THE HOME AND GOES TO THE HOME WITHOUT A LAW ENFORCEMENT OFFICER, IT IS A VIOLATION OF THIS INJUNCTION.

The following other personal possessions may also be removed from the premises at this time: ____

Florida Family Law Form 12.980(m), Final Judgment for Protection Against Repeat Violence (After Notice) (2/99) Case No.: 06033623FC04

Page 3 of 8

The police shall request all keys and garage door openers from Respondent, check to see that they are the right ones, and then turn keys and garage door openers over to Petitioner.

## OTHER SPECIAL PROVISIONS

1. **BATTERERS' INTERVENTION PROGRAM AND OTHER COUNSELING**

   A. Respondent is ordered to report to the **Advocate Program located at 5040 N.W. 7TH Street, 2nd Floor, Miami, Florida 33126**, within twenty-four (24) hours of this order, excluding weekends and holidays, for assessment for the following:

   [ ] A certified Batterers' Intervention Program
   [ ] Substance Abuse Program
   [ ] Mental Health Counseling
   [ ] Parenting Course
   [ ] Sexual Offender Program
   [ ] Other _____

   Following assessment, Respondent is ordered to fully participate in the specifid treatment program(s) designated. Full participation requires Respondent to adhere to all program rules and regulations and pay the costs of said program. Respondent has one opportunity to successfully complete the program(s).

   B. Respondent is directed to participate in such other treatment as follows:

   Name:_____
   Address:_____
   Telephone:_____

2. **ANY VIOLATION OF THIS INJUNCTION, WHETHER OR NOT AT THE INVITATION OF THE PETITIONER OR ANYONE ELSE, MAY SUBJECT THE RESPONDENT TO CRIMINAL PROSECUTION OR CONTEMPT OF COURT. THE PARTIES CANNOT AMEND THE INJUNCTION THEMSELVES EITHER VERBALLY, IN WRITING, OR BY INVITATION TO THE RESIDENCE OR SOME OTHER PLACE. MODIFICATIONS ARE ONLY VALID AND ENFORCEABLE AFTER HEARING AND WRITTEN COURT ORDER. EITHER PARTY MAY REQUEST THE COURT TO CHANGE OR END THIS INJUNCTION AT ANY TIME. SHOULD YOU DESIRE ANY CHANGES TO THIS INJUNCTION, PUT YOUR REQUEST IN WRITING AND FILE IT WITH THE DOMESTIC VIOLENCE CLERK'S OFFICE WHERE THE INJUNCTION WAS ISSUED. FOR FURTHER INFORMATION, CALL (305) 275-1155. A HEARING WILL BE SCHEDULED WITHIN FIVE (5) DAYS OF YOUR REQUEST.**

3. **IT IS A FEDERAL CRIMINAL FELONY OFFENSE TO CROSS STATE LINES OR ENTER INDIAN COUNTRY FOR THE PURPOSE OF ENGAGING IN CONDUCT THAT IS PROHIBITED**

Florida Family Law Form 12.980(m), Final Judgment for Protection Against Repeat Violence (After Notice) (2/98) Case No.: 06033623FC04

Page 4 of 8

IN THIS INJUNCTION. 18 U.S.C. §2262. THE CRIMINAL PENALTY FOR VIOLATING THIS SECTION IS INCARCERATION OF UP TO LIFE IMPRISONMENT, DEPENDING ON THE NATURE OF THE VIOLATION.

4.     REPORTING ALLEGED VIOLATIONS. IF RESPONDENT VIOLATES THE TERMS OF THIS INJUNCTION AND THERE HAS NOT BEEN AN ARREST, PETITIONER MAY CONTACT THE CLERK OF THE CIRCUIT COURT OF THE COUNTY IN WHICH THE VIOLATION OCCURRED AND COMPLETE AN AFFIDAVIT OUTLINING THE VIOLATION, OR PETITIONER MAY CONTACT THE STATE ATTORNEY'S OFFICE FOR ASSISTANCE IN FILING AN ACTION FOR INDIRECT CRIMINAL CONTEMPT. UPON RECEIVING SUCH A REPORT, THE STATE ATTORNEY IS HEREBY APPOINTED TO PROSECUTE SUCH VIOLATIONS BY INDIRECT CRIMINAL CONTEMPT PROCEEDINGS, OR THE STATE ATTORNEY MAY DECIDE TO FILE A CRIMINAL CHARGE, IF WARRANTED BY THE EVIDENCE.

5.     RESPONDENT, UPON SERVICE OF THIS INJUNCTION, SHALL BE DEEMED TO HAVE KNOWLEDGE OF AND TO BE BOUND BY ALL MATTERS OCCURRING AT THE FINAL HEARING AND ON THE FACE OF THIS INJUNCTION, REGARDLESS OF WHETHER RESPONDENT APPEARED AT THE FINAL HEARING

Florida Family Law Form 12.980(m), Final Judgment for Protection Against Repeat Violence (After Notice) (2/98) Case No.: 06033623FC04

Page 5 of 8

**DIRECTIONS TO LAW ENFORCEMENT OFFICERS IN ENFORCING THIS INJUNCTION**
*(Provisions in this injunction that do not include a line for the judge to either initial or write N/A are considered mandatory provisions and should be interpreted to be part of this injunction.)*

1.  **This injunction is valid in all counties of the State of Florida.** Violation of this injunction should be reported to the appropriate law enforcement agency. Law enforcement officers of the jurisdiction in which a violation of this injunction occurs shall enforce the provisions of this injunction and are authorized to arrest without a warrant pursuant to section 901.15, Florida Statutes, for any violation of its provisions, which constitutes a criminal act under section 784.047, Florida Statutes.

2.  Should any Florida law enforcement officer having jurisdiction have probable cause to believe that Respondent has knowingly violated this injunction, the officer should arrest Respondent, confine him/her in the county jail without bail, and shall bring him/her before the Initial Appearance (Bond Hearing) Judge on the next regular court day so that Respondent can be dealt with according to law. The arresting agent shall notify the State Attorney's Office immediately after arrest. If Respondent is a minor child, at the time of arrest for the violation, the law enforcement officer shall deliver the child to a detention center intended to house juveniles. The minor child shall be detained therein and brought before the court for a detention hearing on the next regular court day. THIS INJUNCTION IS ENFORCEABLE IN ALL COUNTIES OF FLORIDA, AND LAW ENFORCEMENT OFFICERS MAY EFFECT ARRESTS PURSUANT TO SECTION 901.15(6), FLORIDA STATUTES.

3.  The temporary injunction, if any, entered in this case is extended until such time as service of this injunction is effected upon respondent.

ORDERED on this **11th day of December, 2006** at _____ a.m./p.m.

_____
CIRCUIT JUDGE          Rosa Figarola
                       County Court Judge

STATE OF FLORIDA, COUNTY OF DADE
I HEREBY CERTIFY that the foregoing is a true and correct copy of the
original on file in this office. DEC 1 1 2006  20___
HARVEY RUVIN, Clerk of Circuit and County Courts
Deputy Clerk _____

Florida Family Law Form 12.980(m), Final Judgment for Protection Against Repeat Violence (After Notice) (2/06) Case No.: 06033633FC04

Page 8 of 8

**NAME OF RESPONDENT: RICHARD DIAMOND**

Physical description of Respondent:

| | | | |
|---|---|---|---|
| Date of Birth | **UNKNOWN** | Social Security # | **UNKNOWN** |
| Race | **WHITE** | Sex | **MALE** |
| Height | **6 ft. 0 in.** | Weight | **180** |
| Hair Color | **BROWN** | Eye Color | **BROWN** |

Distinguishing marks or scars: **TATTOO ON BOTH ARMS**

Aliases (other names) Respondent uses or has used:
Nickname(s): **RICKY**

Vehicle information:

| | | | | |
|---|---|---|---|---|
| Make | **INFINITY** | | Color | **BLACK** |
| Model | | Tag | **UNKNOWN** | |

ATTACH PHOTO, IF AVAILABLE

COPIES TO:
Sheriff of Miami-Dade County
Petitioner: ___ by U. S. Mail
✓ by hand delivery in open court (Petitioner must acknowledge receipt in writing on the face of the original order- see below.)
Respondent: ✓ forwarded to sheriff for service
✓ by hand delivery in open court (Respondent must acknowledge receipt in writing on the face of the original order- see below.)
___ by certified mail (may only be used when Respondent is present at the hearing and Respondent fails or refuses to acknowledge the receipt of a certified copy of this injunction.)

___ State Attorney's Office
___ Central Governmental Depository (if ordered)
___ Department of Revenue
___ Other:_____

___ Petitioner's Attorney: ___ by U.S. Mail
___ by hand delivery
Respondent's Attorney: ___ by U.S. Mail
✓ by hand delivery

I CERTIFY the foregoing is a true copy of the original as it appears on file in the office of the Clerk of the Circuit Court of Miami-Dade County, Florida, and that I have furnished copies of this order as indicated above.

CLERK OF THE CIRCUIT COURT

By:_____
Deputy Clerk

Florida Family Law Form 12.980(m), Final Judgment for Protection Against Repeat Violence (After Notice) (2/96) Case No.: 06033623FC04

Page 7 of 8

**ACKNOWLEDGMENT**

I, **ELBA N. PERFETTO**, acknowledge receipt of a certified copy of this Injunction for Protection.

_____
Petitioner

**ACKNOWLEDGMENT**

I, **RICHARD DIAMOND**, acknowledge receipt of a certified copy of this Injunction for Protection.

_____
Respondent

Form-6A-
RVPERM.RTF
11/13/00

Florida Family Law Form 12.960(m), Final Judgment for Protection Against Repeat Violence (After Notice) (2/98) Case No.: 06033623FC04

Page 2 of 2

P. 1 of 2

# IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
## IN AND FOR MIAMI-DADE COUNTY FLORIDA

**DOMESTIC VIOLENCE DIVISION**

CASE NUMBER 06-033823-FC-04

DATE 12-04-2006

MOTION FOR: (choose from list)

____ Dismiss Injunction
____ Extend Permanent Injunction
____ Modify Injunction
____ Enforce Visitation
____ Modify Child Support
____ Enforce Child Support
____ Rehearing
____ Modify Advocate Referral
____ Violation of Injunction

_ELBA N. PERFETTO_
**PETITIONER**

vs.

_RICHARD DIAMOND_
**RESPONDENT**

Other: _____

FILED FOR RECORD
2006 DEC -4 PM 4:21
HARVEY RUVIN CLERK

FILED
DEC -4 2006
HARVEY RUVIN
CLERK

I RICHARD DIAMOND BEING THE RESPONDENT
ON SAID INJUNCTION, WAS CALLED ON
DEC. 02 2006 AT 11:20PM BYE ELBA
PERFETTO AND HER SON GEORGE
PERFETTO III. I MISSED THE FIRST CALL
BECAUSE I WAS FAST ASLEEP. BUT THEY CALLED
A SECOND TIME. I WAS THREATED BYE
ELBA'S SON GEORGE. HE SAID IF I EVER GO
BYE HER MOTHERS HOUSE AGAIN HE WOULD F-ME
UP AND TAKE CARE. ELBA THEN GOT ON PHONE AND
CALLED ME A PIECE OF SHIT AND IF SHE COULD
KILL ME SHE WOULD! AND THAT I WOULD NEVER
HAVE MY DAUTHER AS LONG AS SHE WAS ALIVE
SHE ALSO SAID AS LONG AS CHLOE IS LIVING
WUTH HER BOOF I'LL NEVER SEE HER
AGAIN. I IN RESPONSE GOT DRESS AND DROVE TO
THE MIRAMAR POLICE STATION AND MADE A
POLICE REPORT CASE # 06-12-00464 WITH OR C. AMBAT

PRINT YOUR NAME _RICHARD DIAMOND_ SIGNATURE _____

(ATTENTION, IF YOUR ADDRESS AND TELEPHONE
NUMBER ARE CONFIDENTIAL, PLEASE GIVE THAT
INFORMATION TO THE COUNSELOR SEPARATELY)

PETITIONER'S ADDRESS
17650 NW. 68TH AVE #A-2007
MIAMI LAKES FL. 33015
PHONE # (305) 824-1157

RESPONDENT'S ADDRESS
2430 CENTERGATE DR. #105
MIRAMAR, FL 33025
PHONE # (305) 332-5161

con't

P 2 of 2

# IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
## IN AND FOR MIAMI-DADE COUNTY FLORIDA

**DOMESTIC VIOLENCE DIVISION**

CASE NUMBER _06-082623-FC-04_
DATE _12-04-2006_

MOTION FOR: (choose from list)
_____ Dismiss Injunction
_____ Extend Permanent Injunction
_____ Modify Injunction
_____ Enforce Visitation
_____ Modify Child Support
_____ Enforce Child Support
_____ Rehearing
_____ Modify Advocate Referral
_____ Violation of Injunction

ELBA N. PEAFETTO
**PETITIONER**

vs.

RICHARD DIAMOND
**RESPONDENT**

**FILED**
DEC - 4 2006
HARVEY RUVIN
CLERK

Other:

I SAVED THE CALL ON MY CELL
PHONE DATE 12-02-2006 WAS THE
CALL LASTED 4 MIN. AND 18 SEC. AND
SHE MADE IT FROM HER HOME PHONE
LINE (305) 824-1157 THE ELBA GOT
HER TEMP ORDER/ INJUNCTION
APPROVED ON 11-30-2006 AND CALL ME
TO THREATEN ME ON 12-02-2006
THIS IS A CLEAR VIOLATION OF THE
INJUNCTION.

_____

PRINT YOUR NAME _RICHARD DIAMOND_ SIGNATURE _____

(ATTENTION, IF YOUR ADDRESS AND TELEPHONE
NUMBER ARE CONFIDENTIAL, PLEASE GIVE THAT
INFORMATION TO THE COUNSELOR SEPARATELY)

**PETITIONER'S ADDRESS**
17650 N.W. 68 TH AVE # A-2007
MIAMI LAKES, FL 33015
PHONE # (305) 824-1157

**RESPONDENT'S ADDRESS**
2420 CENTERGATE DR. #105
MIRAMAR, FL 33025
PHONE # (305) 332-5161

# EXHIBIT "D"

# EXHIBIT "E"

JS 44 (Rev. 11/05)

**CIVIL COVER SHEET**

06-23130

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.) **NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.**

**I. (a) PLAINTIFFS**

RICHARD DIAMOND

FILED by INTAKE

DEC 29 2006

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

**DEFENDANTS**

GLORIA DEL PERFETTO and ELBA

CIV-MORENO

**(b)** County of Residence of First Listed Plaintiff   BROWARD
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant   MIAMI-DADE
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

DAVID S. HARRIS, ESQ.
6431 SW 39th Street Miami, FL 33155
Tel. No.: (305) 667-9043

MAGISTRATE
SIMONTON

Attorneys (If known)

**(d)** Check County Where Action Arose: ☐ MIAMI- DADE   ☐ MONROE   ☐ BROWARD   ☐ PALM BEACH   ☐ MARTIN   ☐ ST. LUCIE   ☐ INDIAN RIVER   ☐ OKEECHOBEE HIGHLANDS

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

☑ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

Dade 06-23130-cv-Moreno S

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other ☐ 550 Civil Rights | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 555 Prison Condition | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | | | | |

**V. ORIGIN** (Place an "X" in One Box Only)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Re-filed- (see VI below)
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. RELATED/RE-FILED CASE(S).** (See instructions second page):

a) Re-filed Case ☐ YES ☐ NO     b) Related Cases ☐ YES ☐ NO

JUDGE                DOCKET NUMBER

**VII. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (**Do not cite jurisdictional statutes unless diversity**): 42 USC § 1983, malicious prosecution, abuse of process, conspiracy, intentional infliction of emotional distress

LENGTH OF TRIAL via _____ days (estimated for both sides to try entire case)

**VIII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE

SIGNATURE OF ATTORNEY OF RECORD

DATE 12/29/06

FOR OFFICE USE ONLY

AMOUNT 350.     RECEIPT # 953433   IFP